UNTIED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MANIX HOLDINGS, LLC

CASE NO. 6:17-bk-04209-KSJ
CHAPTER 11

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 3, 2017**, a copy of Amended Form 202, Declaration Under Penalty of Perjury for Non-Individual Debtors; Amended Form 204, List of 20 Largest Unsecured Creditors; Amended Form 206Sum, Summary of Assets and Liabilities for Non-Individuals; Amended Form 206D, Schedule D: Creditors who Have Claims Secure by Property; and Amended Form 206 E/F, Schedule E/F: Creditors Who Have Unsecured Claims; and Notice of 341 Meeting of Creditors were served electronically and/or by regular United States Mail to all interested parties, the U.S. Trustee, and all Creditors listed below in the attached Mail Matrix.

        */s/ Roddy B. Lanigan*
Roddy B. Lanigan, Esq.
Fla. Bar No. 00041331
831 West Morse Boulevard
Winter Park, Florida 32789
Tel:  407-740-7379
Fax:  407-740-6812
Personal: roddy.lanigan@laniganpl.com
Legal Service:  secretary@laniganpl.com

**Mail Matrix:**

500 Brickell Unit 1702, LLC
2222 Alhambra Circle
Miami, FL 33134

American Hallmark Insur. Co.
C/O Grey Squires-Binford Esq
P.O. Box 1913
Orlando, FL 32808

Aquasol Commercial Chemicals
1707 Townhurst Drive
Houston, TX 77043

Banco Inbursa, S.A.
C/O Jordi Guso, Esq.
Berger Singerman
1400 Brickell Ave, Ste. 1900
Miami, FL 33131-3453

Blue Star Invest & Hold Grp
901 Ponce De Leon Blvd.
Suite 603
Miami, FL 33134

Broad & Cassel, P.A.
390 North Orange Avenue
# 1400
Orlando, FL 32801

Brouse Hotel Group, LLC
7491 W Irlo Bronson Hwy
Kissimmee, FL 34747

Bruce Vickers
Osceola County Tax Collector
2501 E. Irlo Bronson Hwy.
Kissimmee, FL 34744

Caribbean Fire & Associates
1700 NW 65th Avenue
Suite 713
Fort Lauderdale, FL 33313

Eduardo R. Rodrigues, Esq.
EFR Law Firm
2525 Ponce de Leon Blvd
Suite 300
Miami, FL 33134

Evan B. Klinek, Esq.
Greenspoon Marder, P.A.
200 E Broward Blvd.
Suite 1800
Fort Lauderdale, FL 33301

Florida Dept. of Revenue
400 W Robinson St
Suite 302
Orlando, FL 32801

Frank Gay Services
6206 Forest City Road
Orlando, FL 32810

Gagoz, LLC
901 Ponce De Leon Blvd, Suite 603
Miami, FL 33134

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Masoud
5540 Burnham Ct.
North Fort Myers, FL 33903

Masoud JB Hotel Group
7491 W. Irlo Bronson Hwy 192
Kissimmee, FL 34747

Monalta, LLC
901 Ponce de Leon Blvd
Ste 603
Miami, FL 33134

MRM Invest & Hold Grp, LLC
901 Ponce De Leon Blvd, Suite 204
Miami, FL 33134

Osceola Co. Code Enforcement
1 Courthouse Square
Suite 1100
Kissimmee, FL 34741

PBC Hotel Construction Group
333 Se 2nd Avenue
Delray Beach, FL 33483

Ramada World Wide, Inc.
22 Sylvan Way
Parsippany, NJ 07054

Roman V. Hammes, Esq
1920 North Orange Avenue
Suite 100
Orlando, FL 32804

Rooney & Rooney, PA
1517 20th Street
Vero Beach, FL 32960

Rosenfeld Stein Batta, PA
21490 West Dixie Highway
Aventura, FL 33180

SEV Group, LLC
901 Ponce De Leon Blvd.
Suite 603
Coral Gables, FL 33134

Southern Coatings, Inc.
2241 NW 22nd Street # 104
Pompano Beach, FL 33069

Sunbelt Rentals, Inc.
2015 Directors Row
Orlando, FL 32809

Sysco Guest Supply, LLC
4301 US Highway 1
South River, NJ 08882

US Air & Heat, Inc.
10305 102nd Terrace
Suite 107
Sebastian, FL 32958

VL Kissimmee Building Corp
100 W Cypress Creek Road
Fort Lauderdale, FL 33309

Alvaro Castillo B., P.A.
1390 Brickell Avenue, Suite 200
Miami, Florida 33131

William H. Albornoz, Esq.
901 Ponce de Leon Boulevard
Coral Gables, Florida 33134

Office of United States Bankruptcy Trustee
400 West Washington Street, Suite 1100
Orlando, Florida 32801

Fill in this information to identify the case:

Debtor name   **Manix Holdings, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:17-bk-04209**

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule   D, E, and F
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10-3-2017

X _____
Signature of individual signing on behalf of debtor

Jill Masoud
Printed name

For Brouse Hotel Group, LLC as Managing Member of Debtor
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Manix Holdings, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | 6:17-bk-04209 |

 Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 500 Brickell Unit 1702, LLC<br>2222 Alhambra Circle<br>Miami, FL 33134 | | Membership Interest in Debtor | Disputed | | | $0.00 |
| American Hallmark Insur. Co.<br>C/O Grey Squires-Binford Esq<br>P.O. Box 1913<br>Orlando, FL 32808 | | Insurance Deductables | Disputed | | | $15,000.00 |
| Blue Star Invest & Hold Grp<br>901 Ponce De Leon Blvd.<br>Suite 603<br>Miami, FL 33134 | | Membership Interest in Debtor | Disputed | | | $0.00 |
| Broad & Cassel, P.A.<br>390 North Orange Avenue<br># 1400<br>Orlando, FL 32801 | | Attorney's Fees and Costs | Disputed | | | $95,675.10 |
| Brouse Hotel Group, LLC<br>7491 West Irlo Bronson Hwy<br>Kissimmee, FL 34747 | | Expenses | | | | $286,263.86 |
| Brouse Hotel Group, LLC<br>7491 W Irlo Bronson Hwy<br>Kissimmee, FL 34747 | | Membership Interest in Debtor | | | | $0.00 |

Debtor  **Manix Holdings, LLC**
Name

Case number *(if known)*  **6:17-bk-04209**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Florida Dept. of Revenue  400 W Robisnon St Suite 302 Orlando, FL 32801 | | Judgment | Disputed | $31,825.53 | $31,825.53 | $31,825.53 |
| Gagoz, LLC 901 Ponce De Leon Blvd Suite 603 Miami, FL 33134 | | Membership Interest In Debtor | Disputed | | | $0.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Disputed | | | $4,680.00 |
| Joseph Masoud 5540 Burnham Ct. North Fort Myers, FL 33903 | | Loan | | | | $121,351.00 |
| Masoud JB Hotel Group 7491 W. Irlo Bronson Hwy 192 Kissimmee, FL 34747 | | Loan | | | | $160,962.24 |
| Monalta, LLC 901 Ponce de Leon Blvd Ste 603 Miami, FL 33134 | | Membership Interest in Debtor | Disputed | | | $0.00 |
| MRM Invest & Hold Grp, LLC 901 Ponce De Leon Blvd Suite 204 Miami, FL 33134 | | Membership Interest in Debtor | Disputed | | | $0.00 |
| Osceola Co. Code Enforcment 1 Courthouse Square Suite 1100 Kissimmee, FL 34741 | | Code Enforcement | Disputed | | | $162,000.00 |
| Ramada World Wide, Inc. 22 Sylvan Way Parsippany, NJ 07054 | | Hotel Fees | Disputed | | | $120,000.00 |

| Debtor | Manix Holdings, LLC | | Case number *(if known)* | **6:17-bk-04209** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SEV Group, LLC<br>901 Ponce De Leon Blvd.<br>Suite 603<br>Coral Gables, FL 33134 | | Membership Interest in Debtor | Disputed | | | $0.00 |
| VL Kissimmee Building Corp<br>100 W Cypress Creek Road<br>Fort Lauderdale, FL 33309 | | Contract | Disputed | | | $913,556.40 |

Fill in this information to identify the case:

Debtor name   **Manix Holdings, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:17-bk-04209**

 Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................................... $ 13,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................... $ 144,568.33

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................................... $ 13,644,568.33

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $ 5,573,322.48

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................. $ 4,680.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... +$ 1,874,808.60

4. **Total liabilities**
   Lines 2 + 3a + 3b                                                                                                                      $ 7,452,811.08

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Manix Holdings, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:17-bk-04209 |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Aquasol Commercial Chemicals**
Creditor's Name

1707 Townhurst Drive
Houston, TX 77043
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/19/16**
Last 4 digits of account number
**Unknown**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Judgment**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$3,226.61     $3,226.61

**2.2** **Banco Inbursa, S.A.**
Creditor's Name
C/O Jordi Guso, Esq
Berger Singerman
1400 Brickell Ave, Ste. 1900
Miami, FL 33131-3453
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Unknown**
Last 4 digits of account number
**Unknown**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Hotel - Real Property at 7491 W. Irlo Bronson Kissimmee, FL 34747;**
**Hotel - FFE at at 7491 W. Irlo Bronson Kissimmee, FL 34747**

Describe the lien
**Note and Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$5,173,894.37     $13,500,000.00

Debtor **Manix Holdings, LLC**  
Name

Case number (if know) **6:17-bk-04209**

■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.3 | **Bruce Vickers** | Describe debtor's property that is subject to a lien | $46,285.00 | $46,285.00 |

Creditor's Name  
**Osceola County Tax Collector**  
**2501 E. Irlo Bronson Hwy.**  
**Kissimmee, FL 34744**  
Creditor's mailing address

**Tourist Tax Warrants**

Describe the lien  
**Tourist Tax Warrants**  
Is the creditor an insider or related party?  
■ No  
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  
**10/15, 11/15**  
Last 4 digits of account number  
**7395**

Do multiple creditors have an interest in the same property?  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
■ Disputed

---

| 2.4 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | $31,825.53 | $31,825.53 |

Creditor's Name  
**400 W Robisnon St**  
**Suite 302**  
**Orlando, FL 32801**  
Creditor's mailing address

**Sales Tax Warrants**

Describe the lien  
**Sales Tax Warrant**  
Is the creditor an insider or related party?  
■ No  
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?  
■ No  
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  
**Unknown**  
Last 4 digits of account number  
**Unknown**

Do multiple creditors have an interest in the same property?  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
■ Disputed

---

| 2.5 | **Frank Gay Services** | Describe debtor's property that is subject to a lien | $5,000.00 | $5,000.00 |

Creditor's Name  
**6206 Forest City Road**  
**Orlando, FL 32810**  
Creditor's mailing address

**Mechanic's Lien**

Describe the lien  
**Mechanic's Lien**  
Is the creditor an insider or related party?  
■ No

---

| Debtor | **Manix Holdings, LLC** | Case number (if know) | **6:17-bk-04209** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/7/17**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **PBC Hotel Construction Group** | Describe debtor's property that is subject to a lien | $309,090.97 | $309,090.97 |
|---|---|---|---|---|
| | Creditor's Name | **Mechanic's Lien** | | |

**333 Se 2nd Avenue**
**Delray Beach, FL 33483**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**3/1/17**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Sysco Guest Supply, LLC** | Describe debtor's property that is subject to a lien | $4,000.00 | $4,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Judgment** | | |

**4301 US Highway 1**
**South River, NJ 08882**
Creditor's mailing address

**Describe the lien**
**Judgment**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/18/16**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $5,573,322.4

| Debtor | Manix Holdings, LLC | Case number (if know) | 6:17-bk-04209 |
|---|---|---|---|
| | Name | | |

8

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Caribbean Fire & Associates<br>1700 NW 65th Avenue<br>Suite 713<br>Fort Lauderdale, FL 33313 | Line 2.6 | |
| Rosenfeld Stein Batta, PA<br>21490 West Dixie Highway<br>Aventura, FL 33180 | Line 2.7 | |
| Southern Coatings, Inc.<br>2241 NW 22nd Street # 104<br>Pompano Beach, FL 33069 | Line 2.6 | |
| Sunbelt Rentals, Inc.<br>2015 Directors Row<br>Orlando, FL 32809 | Line 2.6 | |
| US Air & Heat, Inc.<br>10305 102nd Terrace<br>Suite 107<br>Sebastian, FL 32958 | Line 2.6 | |

**Fill in this information to identify the case:**

Debtor name: **Manix Holdings, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:17-bk-04209**

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $4,680.00 | $4,680.00 |
|  | Date or dates debt was incurred<br>**Unknwon** | Basis for the claim: | | |
|  | Last 4 digits of account number **Unknown**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**500 Brickell Unit 1702, LLC**<br>**2222 Alhambra Circle**<br>**Miami, FL 33134**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Membership Interest in Debtor**<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Hallmark Insur. Co.**<br>**C/O Grey Squires-Binford Esq**<br>**P.O. Box 1913**<br>**Orlando, FL 32808**<br>Date(s) debt was incurred **Unknwon**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Insurance Deductables**<br>Is the claim subject to offset? ■ No ☐ Yes | $15,000.00 |

| Debtor | **Manix Holdings, LLC** | Case number (if known) | **6:17-bk-04209** |
|---|---|---|---|

| 3.3 | Nonpriority creditor's name and mailing address<br>**Blue Star Invest & Hold Grp**<br>901 Ponce De Leon Blvd.<br>Suite 603<br>Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Membership Interest in Debtor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Broad & Cassel, P.A.**<br>390 North Orange Avenue<br>#1400<br>Orlando, FL 32801 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$95,675.10** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **1001** | Basis for the claim: **Attorney's Fees and Costs**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Brouse Hotel Group, LLC**<br>7491 West Irlo Bronson Hwy<br>Kissimmee, FL 34747 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$286,263.86** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Expenses**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Brouse Hotel Group, LLC**<br>7491 W Irlo Bronson Hwy<br>Kissimmee, FL 34747 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknwon**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Membership Interest in Debtor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Gagoz, LLC**<br>901 Ponce De Leon Blvd<br>Suite 603<br>Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Membership Interest In Debtor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Joseph Masoud**<br>5540 Burnham Ct.<br>North Fort Myers, FL 33903 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$121,351.00** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Masoud JB Hotel Group**<br>7491 W. Irlo Bronson Hwy 192<br>Kissimmee, FL 34747 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160,962.24** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **Unknown** | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Manix Holdings, LLC**
Name

Case number (if known) **6:17-bk-04209**

| 3.10 | Nonpriority creditor's name and mailing address<br>Monalta, LLC<br>901 Ponce de Leon Blvd<br>Ste 603<br>Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | Basis for the claim: **Membership Interest in Debtor** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>MRM Invest & Hold Grp, LLC<br>901 Ponce De Leon Blvd<br>Suite 204<br>Miami, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | Basis for the claim: **Membership Interest in Debtor** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Osceola Co. Code Enforcment<br>1 Courthouse Square<br>Suite 1100<br>Kissimmee, FL 34741 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$162,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred **1/4/2017** | Basis for the claim: **Code Enforcement** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address<br>Ramada World Wide, Inc.<br>22 Sylvan Way<br>Parsippany, NJ 07054 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$120,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | Basis for the claim: **Hotel Fees** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address<br>SEV Group, LLC<br>901 Ponce De Leon Blvd.<br>Suite 603<br>Coral Gables, FL 33134 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | Basis for the claim: **Membership Interest in Debtor** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>VL Kissimmee Building Corp<br>100 W Cypress Creek Road<br>Fort Lauderdale, FL 33309 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$913,556.40** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | Basis for the claim: **Contract** | |
| | Last 4 digits of account number **Unknwon** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Manix Holdings, LLC** | Case number (if known) | **6:17-bk-04209** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Alvaro Castillo B., P.A.<br>1390 Brickell Avenue<br>Suite 200<br>Miami, FL 33131 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line __3.11__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd.<br>Suite 300<br>Miami, FL 33134 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line __3.3__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line __3.7__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line __3.14__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Evan B. Klinek, Esq.<br>Greenspoon Marder, P.A.<br>200 E Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, FL 33301 | Line __3.15__<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line __3.8__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line __3.9__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line __3.6__<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Manix Holdings, LLC** | Case number (if known) | **6:17-bk-04209** |
|---|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | Roman V. Hammes, Esq.<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line **3.5**<br>☐ Not listed. Explain ____ | – |
| 4.13 | William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.11**<br>☐ Not listed. Explain ____ | – |
| 4.14 | William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.3**<br>☐ Not listed. Explain ____ | – |
| 4.15 | William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.10**<br>☐ Not listed. Explain ____ | – |
| 4.16 | William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.7**<br>☐ Not listed. Explain ____ | – |
| 4.17 | William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.14**<br>☐ Not listed. Explain ____ | – |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 4,680.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,874,808.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,879,488.60 |