UNITED STATES BANKRUPTCY COURT

MIDDLE _____ DISTRICT OF _____ FLORIDA _____

_____ ORLANDO _____ DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | __ 6:17-bk-04209 _____ |
| __ Manix Holdings, LLC _____ | } | |
| | } | JUDGE__Karen S. Jennemann____ |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM _ 09-01-2017 _ TO _09-30-2017_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Roddy B. Lanigan
_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

_ 7491 W. Irlos Bronson HWY 192 _____

_ Kissimmee, Florida 34747 _____

_ 407-396-6000 _____

_____

Attorney's Address
and Phone Number:

831 West Morse Boulevard
_____

Winter Park, Florida 32789
_____

407-740-7379
_____

_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING  09-01-2017      AND ENDING  09-30-2017**

Name of Debtor:  Manix Holdings, LLC              Case Number  6:17-bk-0429
Date of Petition:   06-26-2017

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1.  FUNDS AT BEGINNING OF PERIOD | 16,025.76  (a) | 82,025.97  (b) |
| 2.  RECEIPTS: | | |
| A. Cash Sales | - | 0.00 |
| Minus:  Cash Refunds | (-)   - | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B.  Accounts Receivable | 56,019.83 | 200,319.11 |
| C.  Other Receipts (*See MOR-3*) | 6,909.58 | 27,653.81 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3.  TOTAL RECEIPTS (*Lines 2A+2B+2C*) | 62,929.41 | 227,972.92 |
| 4.  TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*) | 78,955.17 | 309,998.89 |
| | | |
| 5.  DISBURSEMENTS | | |
| A. Advertising | 0.00 | 0.00 |
| B. Bank Charges | 29.95 | 64.95 |
| C. Contract Labor | 16,753.91 | 75,190.01 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 5,945.67 | 14,590.96 |
| F.  Inventory Payments  (*See Attach. 2*) | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I.  Office Supplies | 0.00 | 206.72 |
| J.  Payroll - Net (*See Attachment 4B*) | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 4,000.00 |
| L.  Rent | 0.00 | 0.00 |
| M. Repairs & Maintenance | 3,220.50 | 11,236.06 |
| N.  Secured Creditor Payments (*See Attach. 2*) | 0.00 | 0.00 |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | 0.00 | 1,934.54 |
| Q. Taxes Paid - Other (*See Attachment 4C*) | 0.00 | 1,547.63 |
| R. Telephone | 0.00 | 0.00 |
| S.  Travel & Entertainment | 0.00 | 0.00 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 325.00 |
| U. Utilities | 30,528.96 | 88,844.75 |
| V. Vehicle Expenses | 0.00 | 325.00 |
| W. Other Operating Expenses (*See MOR-3*) | 8,919.91 | 41,951.95 |
| 6.  TOTAL DISBURSEMENTS (*Sum of 5A thru W*) | 65,279.38 | 240,217.57 |
| 7.  ENDING BALANCE (*Line 4 Minus Line 6*) | 13,586.22  (c) | 69,781.32  (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This __26th__ day of __Oct__, 20 _17_ .              
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Other Receipts (commission/rental space income) | 6,909.58 | 27,653.81 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 6,909.58 | 27,653.81 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Guest/Room Supplies | 1,240.10 | 5,994.18 |
| Housekeeping  Supplies | 0.00 | 3,841.84 |
| Internet/TV | 4,511.81 | 12,133.47 |
| Pest Control | 645.00 | 1,935.00 |
| Linens | 0.00 | 1,483.90 |
| Internet Fees | 0.00 | 310.68 |
| Licensing & Permits | 0.00 | 1,000.35 |
| Credit Card Fees/Commissions/Debits | 0.00 | 4,666.19 |
| Dues and Subscriptions (reservations sys) | 695.55 | 3,481.61 |
| Employee Benefits | 0.00 | 53.15 |
| Landscaping – Grounds | 500.00 | 1,500.00 |
| Late Fees | 0.00 | 75.35 |
| Small Tools & Equipment | 0.00 | 1,900.00 |
| Trash Removal | 0.00 | 921.33 |
| Computer Expense | 1,327.45 | 2,654.90 |
| | | |
| TOTAL OTHER DISBURSEMENTS | $   8,919.91 | $  41,951.95 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  Manix Holdings, LLC                Case Number:   6:17-bk-04209

Reporting Period beginning  09-01-2017            Period ending     09-30-2017

ACCOUNTS RECEIVABLE AT PETITION DATE:            0.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $        0.00 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $    58,020.99 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $     2,001.16 | * |
| End of Month Balance | $    56,019.83 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____**Attached**_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $   0.00 | $  0.00 | $  0.00 | $ 0.00 | $      0.00 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:   Manix Holdings, LLC                    Case Number:   6:17-bk-04209

Reporting Period beginning   09-01-2017                  Period ending   09-30-2017

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                              0.00  (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ 0.00 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 66,030.54 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ 66,030.54 | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ 0.00 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 0 (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: ___Manix Holdings, LLC___     Case Number: ___6:17-bk-04209___

Reporting Period beginning ___09-01-2017___     Period ending ___09-30-2017___

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE: $_____110,000 .00_____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $_____110,000.00_____ (a)
      PLUS: Inventory Purchased During Month     $_____0.00_____
      MINUS: Inventory Used or Sold     $_____0.00_____
      PLUS/MINUS: Adjustments or Write-downs     $_____0.00_____ *
    Inventory on Hand at End of Month     $___110,000.00_____

METHOD OF COSTING INVENTORY: _____Physical_____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | __100__% | _____% | = ___100%__* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ___13.5M_____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): Hotel - 7491 W. Irlo Bronson
 Kissimmee, Florida 34747

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $___13.610M_____ (a)(b)
    MINUS: Depreciation Expense     $___0_____
    PLUS: New Purchases     $___0_____
    PLUS/MINUS: Adjustments or Write-downs     $___0_____ *
Ending Monthly Balance     $___13.610 M_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Manix Holding, LLC                    Case Number:   6:17-bk-04209

Reporting Period beginning  09-01-2017                  Period ending    09-30-2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   Bank of America                    BRANCH: _____

ACCOUNT NAME: Ray N.Masoud Sole Prop DBA Masoud JB Hotel Group        ACCOUNT NUMBER:
898073674633

PURPOSE OF ACCOUNT:         OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $     -616.39 | |
| Plus Total Amount of Outstanding Deposits | $      0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $     171.12 | * |
| Minus Service Charges | $      0.00 | |
| Ending Balance per Check Register | $     -787.51 | **(a) |

**\*Debit cards are used by**              Jill Masoud

**\*\*If Closing Balance is negative, provide explanation**:  Chargebacks posted to this account prior to closing

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  (** ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____-_____Transferred to Payroll Account
$_____-_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   Manix Holdings, LLC         Case Number:  6:17-bk-04209

Reporting Period beginning  09-01-2017          Period ending   09-30-2017

NAME OF BANK:  Bank Of America          BRANCH:

ACCOUNT NAME:  Ray N. Masoud Sole Prop DBA Masoud JB Hotel Group

ACCOUNT NUMBER:    898073674633

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  | ATTACHED |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                                    $

ATTACHMENT 4A (2)

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Manix Holding, LLC          Case Number:   6:17-bk-04209

Reporting Period beginning   09-01-2017          Period ending   09-30-2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   TD Bank          -          BRANCH: _____

ACCOUNT NAME: Manix Holding LLC DIP Case 17-04209 MFLO   ACCOUNT NUMBER: 4342385568

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 14,172.66 | |
| Plus Total Amount of Outstanding Deposits | $ 0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 4,524.68 | * |
| Minus Service Charges | $ 0.00 | |
| Ending Balance per Check Register | $ 9,647.98 | **(a) |

**\*Debit cards are used by**          Jill Masoud

**\*\*If Closing Balance is negative, provide explanation**:_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____-_____Transferred to Payroll Account
$_____-_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A (2)**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Manix Holdings, LLC          Case Number:  6:17-bk-04209

Reporting Period beginning  09-01-2017          Period ending  09-30-2017

NAME OF BANK:  TD Bank          BRANCH:

ACCOUNT NAME:  Manix Holdings LLC DIP Case 17-04209 MFLO

ACCOUNT NUMBER:    4342385568          -

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ATTACHED | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          $

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   Manix Holdings, LLC            Case Number:  6:17-bk-04209

Reporting Period beginning   09-01-2017            Period ending    09-30-2017

NAME OF BANK:  Bank of America            BRANCH:

ACCOUNT NAME:  Ray N. Masoud Sole Prop. DBA Masoud JB Hotel Group

ACCOUNT NUMBER:    8980 7367 4633

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      | ATTACHED     |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                     $

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:  ___Manix Holdings, LLC___    Case Number:  ___6:17-bk-04209___

Reporting Period beginning ___09-01-2017___    Period ending ___09-30-2017___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  ___NONE___    BRANCH:  _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:  ___PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:  Manix Holdings, LLC          Case Number:  6:17-bk-04209

Reporting Period beginning  09-01-2017          Period ending     09-30-2017

NAME OF BANK:    NONE                BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:        PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          $

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:  Manix  Holdings, LLC                          Case Number:    6:17-bk-04209

Reporting Period beginning    09-01-2017                    Period ending    09-30-2017

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    NONE                             BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:        TAX_____

      Ending Balance per Bank Statement             $_____
       Plus Total Amount of Outstanding Deposits      $_____
       Minus Total Amount of Oustanding Checks and other debits $_____*
       Minus Service Charges                 $_____
      Ending Balance per Check Register          $_____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:   Manix Holdings, LLC          Case Number:   6:17-bk-04209

Reporting Period beginning _____          Period ending _____

NAME OF BANK:   ____NONE_____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(d)

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____ (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL            0.00 (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| Accounting | 3,000.00 | 3000.00 | 0.00 |
| Front Desk | 300.00 | 300.00 | 0.00 |
| | | | |

**TOTAL**      **$  3,300.00** (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**     **$ 3,300.00_____** (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:    Manix Holdings, LLC          Case Number:    6:17-bk-04209

Reporting Period beginning    09/01/2017          Period ending    09/30/2017

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                        $ 0.00

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:    Manix Holdings, LLC          Case Number:      6:17-bk-04209

Reporting Period beginning      09/01/2017          Period ending        09/30/2017

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Mid Century Insurance | 813-336-6800 | AGL0045309-00 | Prop/Liab | 3-16-2018 | 16th |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (***attach closing statement***); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

NONE

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

9:27 PM

10/25/17

Accrual Basis

# MAGNUSON HOTEL
## Profit & Loss
### September 2017

|  | Sep 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Lodging Sales | 56,019.83 |
| Rental Space Income | 4,500.00 |
| vending commission | 2,409.58 |
| **Total Income** | 62,929.41 |
| **Cost of Goods Sold** | |
| Linens and Lodging Supplies | 1,141.48 |
| Merchant Account Fees | 89.57 |
| Merchant Services Fees | 605.98 |
| **Total COGS** | 1,837.03 |
| **Gross Profit** | 61,092.38 |
| **Expense** | |
| Bank Service Charges | 29.95 |
| COMMISSION | 2,129.43 |
| Computer and Internet Expenses | 1,327.45 |
| Contract Cleaning | 0.00 |
| Contract Labor | 17,773.16 |
| Guest Supplies | 2,331.45 |
| Housekeeping Supplies | 711.59 |
| Insurance Expense | 5,945.67 |
| INTERNET/TV | 4,511.81 |
| Landscaping and Groundskeeping | 500.00 |
| MEALS | 34.81 |
| OUTSIDE LABOR | 1,340.55 |
| Personell Agency | 1,627.97 |
| PEST CONTROL | 645.00 |
| Pool Equipment & Repairs | 1,300.00 |
| Professional Fees | 621.00 |
| Repairs and Maintenance | 2,922.21 |
| RESTAURANT SUPPLY | 78.84 |
| Taxes | 891.92 |
| TOURIST TAX | 713.54 |
| Utilities | 32,107.67 |
| **Total Expense** | 77,544.02 |
| **Net Ordinary Income** | -16,451.64 |
| **Net Income** | **-16,451.64** |

 **Bank of America**

**Online Banking**

## Business Advantage Chk - 4633: Account Activity

Balance Summary:-$616.39 (available as of today 09/20/2017)    Print
View:today 09/20/2017

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| Amount included in Available Balance | | | | |
| Processing | ACH HOLD WorldPay ESPCHRGBK ON 09/20 | P | -1,000.00 | -616.39 |
| Processing | ACH CREDIT GROUPON PAYMENTS ON 09/20 | P | 76.64 | 383.61 |
| 09/06/2017 | WorldPay DES:MTHLY CHGS ID:L0831 806877809 INDN:Parkside Hotel and S CO... | C | -89.57 | 306.97 |
| 09/06/2017 | WorldPay DES:ESPCHRGBK ID:LK581894170235I INDN:Parkside Hotel... | C | -100.00 | 396.54 |
| 09/06/2017 | WorldPay DES:ESPCHRGBK ID:LK581894170235H INDN:Parkside Hotel... | C | -150.00 | 496.54 |
| 09/01/2017 | Monthly Fee for Business Advantage | C | -29.95 | 646.54 |
| Statement as of 09/01/2017 | | | | |
| 08/22/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701VxM INDN:Parkside Hotel... | C | -100.00 | 676.49 |
| 08/18/2017 | GROUPON DES:PAYMENTS ID:52024106 INDN:RAY MASOUD CO ID:5270903295 CCD | C | 38.32 | 776.49 |
| 08/17/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701RtD INDN:Parkside Hotel... | C | -192.93 | 738.17 |
| 08/17/2017 | Check 1285 | C | -15,000.00 | 931.10 |
| 08/17/2017 | Counter Credit | C | 15,000.00 | 15,931.10 |
| 08/16/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701Rje INDN:Parkside Hotel... | C | -199.95 | 931.10 |
| 08/16/2017 | Mobile/Email Transfer Conf# nyzansvli; MASOUD, JOSEPH | C | 1,000.00 | 1,131.05 |
| 08/14/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701PP7 INDN:Parkside Hotel... | C | -1,000.00 | 131.05 |
| 08/09/2017 | Check 1278 | C | -383.15 | 1,131.05 |
| 08/08/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701NIA INDN:Parkside Hotel... | C | -47.66 | 1,514.20 |
| 08/08/2017 | | C | -81.70 | 1,561.86 |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| | WorldPay DES:ESPCHRGBK ID:LK5818941701NIB INDN:Parkside Hotel... | | | |
| 08/08/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701NIz INDN:Parkside Hotel... | C | -223.83 | 1,643.56 |
| 08/08/2017 | Check 1288 | C | -3,500.00 | 1,867.39 |
| 08/07/2017 | TARGET CARD SRVC DES:AUTO PYMT ID:777700059282094 INDN: MASOUD RAY N... | C | -330.59 | 5,367.39 |
| 08/07/2017 | WorldPay DES:MTHLY CHGS ID:L0731 806877809 INDN:Parkside Hotel and S CO... | C | -1,088.98 | 5,697.98 |
| 08/07/2017 | Check 1281 | C | -399.13 | 6,786.96 |
| 08/07/2017 | Check 1279 | C | -247.50 | 7,186.09 |
| 08/07/2017 | WorldPay DES:BNKCRD DEP ID:L0804 806877809 INDN:Parkside Hotel and CO... | C | 68.09 | 7,433.59 |
| 08/04/2017 | GROUPON DES:PAYMENTS ID:50889307 INDN:RAY MASOUD CO ID:5270903295 CCD | C | 804.70 | 7,365.50 |
| 08/02/2017 | CHECKCARD 0801 LINEN ENTERPRISE 856-231-0700 NJ... | C | -203.26 | 6,560.80 |
| 08/01/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701KHZ INDN:Parkside Hotel... | C | -119.16 | 6,764.06 |
| | | | | Back to top |

| Statement as of 08/01/2017 | | | | |
|------|-------------|--------|--------|-------------------|
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDI INDN:Parkside Hotel... | C | -38.13 | 6,883.22 |
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDH INDN:Parkside Hotel... | C | -46.30 | 6,921.35 |
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDJ INDN:Parkside Hotel... | C | -47.66 | 6,967.65 |
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDK INDN:Parkside Hotel... | C | -50.84 | 7,015.31 |
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDX INDN:Parkside Hotel... | C | -88.51 | 7,066.15 |
| 07/31/2017 | WorldPay DES:ESPCHRGBK ID:LK5818941701JDG INDN:Parkside Hotel... | C | -129.36 | 7,154.66 |
| 07/31/2017 | Check 1286 | C | -850.00 | 7,284.02 |
| 07/31/2017 | Check 1283 | C | -850.00 | 8,134.02 |

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 07/31/2017 | WorldPay DES:BNKCRD DEP ID:L0729 806877809 INDN:Parkside Hotel and CO... | C | 463.68 | 8,984.02 |
| 07/31/2017 | WorldPay DES:BNKCRD DEP ID:L0728 806877809 INDN:Parkside Hotel and CO... | C | 746.55 | 8,520.34 |
| 07/28/2017 | Check 1276 | C | -318.75 | 7,773.79 |
| 07/28/2017 | Check 1253 | C | -402.50 | 8,092.54 |
| 07/28/2017 | WorldPay DES:BNKCRD DEP ID:L0726 806877809 INDN:Parkside Hotel and CO... | C | 45.33 | 8,495.04 |
| 07/25/2017 | Check 1269 | C | -140.11 | 8,449.71 |
| 07/25/2017 | Check 1233 | C | -514.25 | 8,589.82 |
| 07/24/2017 | Check 1284 | C | -47.00 | 9,104.07 |
| 07/24/2017 | Check 1282 | C | -785.00 | 9,151.07 |
| 07/24/2017 | Check 1280 | C | -1,000.00 | 9,936.07 |
| 07/24/2017 | Check 1277 | C | -193.96 | 10,936.07 |
| 07/24/2017 | Check 1275 | C | -468.00 | 11,130.03 |
| 07/24/2017 | Check 1274 | C | -488.95 | 11,598.03 |
| 07/24/2017 | Check 1273 | C | -183.10 | 12,086.98 |
| 07/24/2017 | Check 1271 | C | -115.46 | 12,270.08 |

Back to top

 **Bank**

America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

MANIX HOLDINGS LLC
DIP CASE 17 04209 MFLO
7491 W IRLO BRONSON
KISSIMMEE FL  34747

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4342385568-039-T-### |
| Primary Account #: | 434-2385568 |

## Chapter 11 Checking

MANIX HOLDINGS LLC
DIP CASE 17 04209 MFLO

Account # 434-2385568

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,105.04 | Average Collected Balance | 17,586.30 |
| Deposits | 7,204.81 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 57,893.35 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 39,454.45 | Days in Period | 30 |
| Electronic Payments | 26,576.09 | | |
| Ending Balance | 14,172.66 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | DEPOSIT | 244.23 |
| 09/21 | DEPOSIT | 26.25 |
| 09/25 | DEPOSIT | 2,383.33 |
| 09/29 | DEPOSIT | 4,551.00 |
| | Subtotal: | 7,204.81 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,444.23 |
| 09/05 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,120.14 |
| 09/05 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,430.87 |
| 09/05 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,216.60 |
| 09/06 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,830.10 |
| 09/06 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 866.34 |
| 09/07 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 693.91 |
| 09/08 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,752.49 |
| 09/11 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 11,922.77 |
| 09/11 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 8,040.68 |
| 09/11 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 5,942.14 |
| 09/14 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 627.53 |
| 09/15 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,272.89 |
| 09/18 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,230.81 |
| 09/18 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,079.17 |
| 09/18 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,876.76 |
| 09/19 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,314.52 |
| 09/20 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 531.12 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | | 14,172.66 |
| ❷ | Total Deposits | + | |
| ❸ | Sub Total | | |
| ❹ | Total Withdrawals | - | |
| ❺ | Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MANIX HOLDINGS LLC
DIP CASE 17 04209 MFLO

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4342385568-039-T-### |
| Primary Account #: | 434-2385568 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 675.84 |
| 09/22 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,733.05 |
| 09/25 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,998.46 |
| 09/25 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 389.88 |
| 09/26 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 1,356.99 |
| 09/27 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 265.00 |
| 09/28 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 175.97 |
| 09/29 | CCD DEPOSIT, WORLDPAY BNKCRD DEP L**** 806992483 | 2,105.09 |
| | Subtotal: | 57,893.35 |

### Checks Paid

No. Checks: 61     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/18 | 1 | 850.00 | 09/14 | 1043 | 245.00 |
| 09/01 | 1011* | 178.50 | 09/11 | 1044 | 236.00 |
| 09/19 | 1021* | 218.40 | 09/13 | 1045 | 434.33 |
| 09/05 | 1022 | 85.95 | 09/12 | 1046 | 301.58 |
| 09/05 | 1023 | 272.00 | 09/13 | 1047 | 300.45 |
| 09/06 | 1024 | 249.38 | 09/18 | 1048 | 224.58 |
| 09/05 | 1025 | 370.70 | 09/15 | 1049 | 20,533.84 |
| 09/06 | 1026 | 273.33 | 09/18 | 1052* | 347.08 |
| 09/06 | 1027 | 126.03 | 09/18 | 1053 | 304.17 |
| 09/08 | 1028 | 114.75 | 09/18 | 1055* | 64.00 |
| 09/05 | 1029 | 318.08 | 09/19 | 1056 | 110.00 |
| 09/05 | 1030 | 537.50 | 09/19 | 1057 | 263.50 |
| 09/08 | 1031 | 165.75 | 09/19 | 1058 | 91.01 |
| 09/11 | 1032 | 98.00 | 09/19 | 1059 | 379.83 |
| 09/07 | 1033 | 850.00 | 09/19 | 1060 | 180.63 |
| 09/05 | 1034 | 255.94 | 09/18 | 1061 | 327.15 |
| 09/19 | 1035 | 376.43 | 09/18 | 1062 | 401.77 |
| 09/19 | 1036 | 526.25 | 09/21 | 1063 | 585.00 |
| 09/11 | 1037 | 186.50 | 09/18 | 1064 | 850.00 |
| 09/18 | 1038 | 185.20 | 09/19 | 1066* | 293.25 |
| 09/14 | 1039 | 127.50 | 09/26 | 1067 | 215.00 |
| 09/11 | 1040 | 212.50 | 09/26 | 1068 | 53.38 |
| 09/15 | 1041 | 311.75 | 09/25 | 1069 | 195.50 |
| 09/15 | 1042 | 131.75 | 09/26 | 1070 | 315.00 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MANIX HOLDINGS LLC
DIP CASE 17 04209 MFLO

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4342385568-039-T-### |
| Primary Account #: | 434-2385568 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/25 | 1071 | 196.88 | 09/27 | 1078 | 376.83 |
| 09/29 | 1072 | 476.00 | 09/25 | 1079 | 225.00 |
| 09/25 | 1073 | 293.40 | 09/18 | 43423* | 99.00 |
| 09/25 | 1074 | 335.51 | 09/14 | 759770* | 78.16 |
| 09/26 | 1075 | 256.73 | 09/18 | 995012* | 2,097.55 |
| 09/28 | 1076 | 240.00 | 09/18 | 995014* | 74.65 |
| 09/25 | 1077 | 430.50 | | | |
| | | | | Subtotal: | 39,454.45 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | TDBANK BILL PAY CHECK, MID CENTURY INSURANCE GROUP CHECK# 995007 | 600.00 |
| 09/05 | TDBANK BILL PAY CHECK, PEOPLEREADY FLORIDA INC. CHECK# 995009 | 445.68 |
| 09/06 | CCD DEBIT, WORLDPAY MTHLY CHGS L**** 806992483 | 605.98 |
| 09/06 | TDBANK BILL PAY CHECK, SOUTHWEST ENGINEERS CHECK# 995011 | 494.50 |
| 09/07 | TDBANK BILL PAY CHECK, PREMIER ELEVATOR SERVICES CHECK# 995010 | 1,000.00 |
| 09/11 | TDBANK BILL PAY CHECK, PEOPLEREADY FLORIDA INC. CHECK# 995013 | 383.78 |
| 09/12 | CCD DEBIT, WORLDPAY ESPCHRGBK LK****9717024TT | 90.78 |
| 09/12 | CCD DEBIT, WORLDPAY ESPCHRGBK LK****9717024TU | 45.39 |
| 09/12 | CCD DEBIT, WORLDPAY ESPCHRGBK LK****9717024TV | 45.39 |
| 09/15 | CCD DEBIT, IPFS866-412-2452 IPFSPMTFLT 244219 | 434.57 |
| 09/18 | TDBANK BILL PAY CHECK, SUMMIT BROADBAND CHECK# 995023 | 4,511.81 |
| 09/18 | TDBANK BILL PAY CHECK, NEOGUARD PEST SOLUTION SERVICES CHECK# 995019 | 645.00 |
| 09/18 | TDBANK BILL PAY CHECK, BAGEL KING BAKERY CHECK# 995015 | 40.18 |
| 09/19 | TDBANK BILL PAY CHECK, TOHO WATER CHECK# 995018 | 7,134.42 |
| 09/19 | CCD DEBIT, IPFS866-412-2452 IPFSPMTFLT 244219 | 4,542.92 |
| 09/19 | TDBANK BILL PAY CHECK, HDM POOLS CHECK# 995022 | 1,300.00 |



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

MANIX HOLDINGS LLC
DIP CASE 17 04209 MFLO

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4342385568-039-T-### |
| Primary Account #: | 434-2385568 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/19 | TDBANK BILL PAY CHECK, PRO AIR MECHANICAL INC CHECK# 995016 | 426.00 |
| 09/19 | CCD DEBIT, WORLDPAY ESPCHRGBK LK****9717029NT | 183.74 |
| 09/19 | TDBANK BILL PAY CHECK, MID CENTURY INSURANCE GROUP CHECK# 995008 | 23.95 |
| 09/20 | TDBANK BILL PAY CHECK, CONTAINER RENTAL COMPANY, INC. CHECK# 995020 | 656.77 |
| 09/20 | CCD DEBIT, IPFS866-412-2452 IPFSPMTFLT 244219 | 344.23 |
| 09/21 | TDBANK BILL PAY CHECK, TOHO WATER CHECK# 995017 | 31.73 |
| 09/22 | TDBANK BILL PAY CHECK, S.L. LAND MANAGEMENT, INC. CHECK# 995021 | 500.00 |
| 09/25 | CCD DEBIT, WORLDPAY ESPCHRGBK LK****971702c8B | 385.86 |
| 09/25 | TDBANK BILL PAY CHECK, PEOPLEREADY FLORIDA INC. CHECK# 995024 | 297.12 |
| 09/25 | DEBIT CARD PURCHASE, *****04018779177, AUT 092317 VISA DDA PUR COSTCO WHSE  651      ORLANDO      * FL | 78.84 |
| 09/26 | TDBANK BILL PAY CHECK, SKYTOUCH TECHNOLOGY CHECK# 995025 | 1,327.45 |
| | Subtotal: | 26,576.09 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 15,105.04 | 09/18 | 19,533.22 |
| 09/01 | 15,770.77 | 09/19 | 4,797.41 |
| 09/05 | 18,252.53 | 09/20 | 4,327.53 |
| 09/06 | 19,199.75 | 09/21 | 4,412.89 |
| 09/07 | 18,043.66 | 09/22 | 5,645.94 |
| 09/08 | 19,515.65 | 09/25 | 8,979.00 |
| 09/11 | 44,304.46 | 09/26 | 8,168.43 |
| 09/12 | 43,821.32 | 09/27 | 8,056.60 |
| 09/13 | 43,086.54 | 09/28 | 7,992.57 |
| 09/14 | 43,507.64 | 09/29 | 14,172.66 |
| 09/15 | 24,368.62 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1011

63-1482/670
497

DATE 8/26/17

PAY TO THE ORDER OF Maria Paula Velez                    $ 178.50

One hundred Seventy Eight + 50/xx1                    DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/12 → 8/18 HK

⑈0010111⑈ ⑆0670148221⑆ 434238556⑈

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (line) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

MANIX HOLDINGS LLC
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1021

63-1482/670
497

DATE _8/31/2017_

□CHECK

PAY TO THE
ORDER OF _STAR LINEN_                                    $ _218.40_

_Two hundred eighteen a 40/100_                         DOLLARS 🔒

**Bank**

America's Most Convenient Bank®

FOR _____

⑈"00 1 0 2 1 ⑈"  ⑊:06 70 1 48 2 21:  4 3 4 2 38 5 5 68 ⑈"

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate
  check has been deposited via mobile device
- The Security Weave® pattern on the back
  designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing
  or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both
  front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE



MANIX HOLDINGS LLC
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1022

DATE 9/3/17

PAY TO THE ORDER OF _Fabiana Ramires_          $ 85.95

_Eighty five & 95/1_          DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _8/19 – 3/25 FD_

⑈001022⑈ ⑈067014822⑈ 4342385568⑈

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1023

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF _Carlos Quijada_   $ 272

_Two hundred seventy Two only_   DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _8/19 → 8/25  HK_

⑈0010231⑈ ⑆067014822⑆ 4342385568⑈

Security Features include industry standards and include:
- Multiple Mark of Manix Hopical check mark to indicate check has been deposited via mobile device
- The Security Weave... balls... on the back designed to deter check fraud
- Microprint "M"... the... printed on front and back
- The words  ORIGINAL DOCUMENT  across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altering
- Fugitive ink on back (uses pink or has disappeared
- Brown stains or colored spots appear on both front and back  and in Chemical Wash Detection Box

ORIGINAL DOCUMENT

COLOR INSIDE THIS BOX
SHOULD BE WHITE

**MANIX HOLDINGS LLC**
749 W. IRLO BRONSON
KISSIMMEE, FL 34747

1024

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF  Michelle Gonzalez                    $ 249.38

Two hundred forty Nine & 38/xx  DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR  81/18 -78/25  HK

⑆001024⑆ ⑈067014822⑈ 4342385568⑆

**Security Features exceed industry standards and include:**

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave℠ pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

**Do not cash it:**

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

ENDORSE HERE
☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Michelle Gonzalez

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1025

63-1482/670
497

DATE _9/3/17_

PAY TO THE ORDER OF _Kathleen Lucas_    $ 370.70

_Three hundred seventy & 70/XX_ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _8/19 → 8/25 FD_

⑈"0010 25"⑈ ⑈06 70 1482 2⑈ 434 2385568"

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash it:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both

front and back, and in Chemical Wash Detection Box

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1026

63-1482/670
497

DATE 9/3/17

PAY TO THE
ORDER OF ___Michael Carrick___ $ 273.33

___Two hundred seventy Three & 33/xx___ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR ___8/18 → 8/25 FD___

⑈001026⑈ ⑆067014822⑆ 43423855568⑈

Security Features exceed industry standards and include:

- MobileMark℠ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on the back designed to deter check fraud
- Microprint wavy lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash it:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
Michael Carrick



**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1027

53-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF Israel Zacarios    $ 126.08

One hundred Twenty Six + 3/xx    DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/18 -> 8/25  HK

⑈0010 27⑈ ⑇0670 148 22⑇ 434 2385 568⑈

ISN# 3418682291
Date 9/5/2017

Israel Zacarios

**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1028

63-1482/670
497

DATE 9/3/17

PAY TO THE
ORDER OF Maria Paula Velez                                    $ 114.75

One hundred forteen & 75/                                     DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/18 → 8/25 HK

⑈001028⑈ ⑆067014822⑆ 4342385568⑈

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

☐ CHECK HERE IF MOBILE DEPOSIT



**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1029

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF  Kaitlyn Carrick          $ 318.08

Three hundred Eighteen + 08/xx          DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR  8/18 → 8/25 FD

⑈001029⑈ ⑆0670148 22⑇ 434238558 8⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

ENDORSE HERE

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**MANIX HOLDINGS LLC**
7489 W. IRLO BRONSON
KISSIMMEE, FL 34747

1030

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF Guadalupe Rebollo $ 537.50

Five hundred tirty seven + 50/xt DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/18 → 8/25 HKM

⑈001030⑈ ⑆06701482 2⑆ 4342385568⑈

126148158719 100508    20170905 000000004342385568
DDA_DEBIT    KFRAMBES    53750
Auburndale-FL 0260    94004 1261 1  0046

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1031

63-1482/670
497

DATE 9/3/17

PAY TO THE
ORDER OF ___Andres Dugarte___ $ 165.75

One hundred Sixty Five 25 DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/13 → 8/25 HK

⑈00103⑈⑈ ⑈067014822⑈ 4342385568⑈

---

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

For Deposit Only
Delane Access Station LLC
Hi-Tech Mobil
1003985857681
Suntrust Bank

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

□ CHECK HERE IF MOBILE DEPOSIT

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1032

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF Gaberiel Rivera                    $ 98

Ninty Eight only                                    DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/13 -28/25 Eng.

⑆001032⑆ ⑈067014822⑈ 4342385568⑆

Security Features exceed: ... 

Bo ...

AMSCOT CORP.
BRANCH #145
FOR DEPOSIT ONLY
ACCT. #4945570182

AMSCOT CORP.
BRANCH #145
FOR DEPOSIT
ACCT. #494557



**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1033

63-1482/670
497

DATE 9/3/17

PAY TO THE ORDER OF  Kim Carrick          $ 850

Eight hundred effty          DOLLARS

**Bank**
America's Most Convenient Bank®

FOR 9/19 → 3/25 GM

⑈001033⑈ ⑆067014822⑆ 4342385568⑈

349741202723 122617    20170907 000000004342385568
DDA_DEBIT    KMCINTO    000
Kissimmee 0497    94004 3497 2  0085

**MANIX HOLDINGS LLC**

KISSIMMEE, FL 34747

1034

63-1492/670
497

DATE 9/3/17

PAY TO THE
ORDER OF Irma Zacarias                                    $ 255.94

Two hundred fifty five 4 $\frac{94}{xx}$                          DOLLARS

**TD Bank**

America's Most Convenient Bank®

FOR 8/19 → 8/25 HK

⑈00 1034⑈ ⑈06 70 14 8 22⑈ 434 2385568⑈

---

Sec...      ...ur... ...xceed inch shy stand adr and ...-t...
• 1/... ...      "N... obile Deposit check mar' to ...
...      en... aposited via mobile devise
• 1...      W...re" pattern on the bare
...      let... check fra...
• 1... ...      "7 lines printe... ...
• 7... ...      JR... IN... ... ...
• 4... ...      ...isibl... ...

...      ...it:
•      ...atures listed abov... ...
...      ...ered
• 1... ...      ...h back looks pink or ha...
• 8ra...      ...r colored spots appea...
...      ...and in Chemical W...

**MANIX HOLDINGS, LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1035

63-1402/670
497

DATE 9/7/17

PAY TO THE ORDER OF ___Star linei___ $ 376.43

Three hundred seventy six + 43/xx DOLLARS

**TD Bank**
America's Most Convenient Bank*

FOR _____

⑈001035⑈ ⑆067014822⑆ 4342385568⑈

---

**Security Features exceed industry standards and include:**

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ENDORSE HERE

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MANIX HOLDINGS LLC
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1036

63-1482/670
497

DATE 9/8/2017

PAY TO THE ORDER OF StageLine

$ 526.25

five hundred twenty six +25/100 DOLLARS

**TD** Bank
America's Most Convenient Bank®

FOR Credit

⑈"001036⑈ ⑆067014822⑆ 434238556 8⑈

---

**Security Features exceed industry standards and include:**

- MobileMark℠ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ENDORSE HERE

☐ CHECK HERE

DO NOT SIGN/WRITE/STAMP OR SIGN BELOW THIS LINE

IF MOBILE DEPOSIT

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1037

83-1482/670
497

DATE 9/8/17

PAY TO THE ORDER OF _Michael Carrick_ $ 186.50

_One hundred Eight six & 50/XX_ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/26 → 9/1

⑈001037⑈ ⑆067014822⑆ 4342385568⑈

Security Features exceed industry standards and include:

* MobileMark™. Mobile Deposit check mark to indicate check has been deposited via mobile device
* The Security Weave® pattern on the back designed to deter check fraud
* Microprint (MP) lines printed on front and back
* The words "ORIGINAL DOCUMENT" across the back
* Padlock icon visible on front and back

Do not cash it:

* Any of the features listed above are missing or appear altered
* Fugitive Ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back and in Chemical Wash Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

**MANIX HOLDINGS LLC**
7461 W. IRLO BRONSON
KISSIMMEE, FL 34747

1038

63-1482/670
497

DATE _9/3/17_

PAY TO THE ORDER OF _Irma Zacarias_ $ _185.20_

_One hundred Eighty five + 20/XX_ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _8/26 - 9/1_

⑈001038⑈ ⑈067014822⑈ 43423855568⑈

Security Features exceed industry standards... include:

• Mobile Deposit check...
  check has been... via mobile device
• The Security... on the back
  designed to deter check...
• Microprint (MP) lines print... front and ba...
• The words ORIGINAL DOCUMENT... across th...
• The icon visible on front... ink

Do not cash if:

• Any of the features listed above are missing
  or appear altered
• ... ink on back looks pink or has dye...
  ... Security... appear or bleed
• ... in Chemical Wash (MP)...

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL  34747

1039

53-1482/670
497

DATE 9/8/17

PAY TO THE
ORDER OF  Maria Paula Velez          $ 127.50

One hundred Twenty seven 4 50/XX ———— DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/26 — 9/1

⑈001039⑈  ⑆067014822⑆  4342385568⑈

---

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash it:

- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

For Deposit Only
Delaney Gas Station LLC
Hwy 192 Mobil
Suntrust Bank
1000198517681

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ENDORSE HERE
X

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1040

63-1482/570
497

DATE __9/8/17__

PAY TO THE
ORDER OF __Carlos Quijada__ $ __212.50__

__Two hundred Twelve + 50/XX__ DOLLARS 🔒

**TD Bank**
America's Most Convenient Bank®

FOR __8/26 - 9/1__

⑈0010400⑈ ⑆067014822⑆ 4342385568⑈

---

**Security Features exceed industry standards and include:**

- MobileMark℠ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

**MANIX HOLDINGS LLC**
749 W. IRLO BRONSON
KISSIMMEE, FL 34747

1041

63-1482/670
497

DATE 9/8/17

PAY TO THE ORDER OF Guadalupe Reboller                    $ 311.25

Three hundred Eleven + 75/xx                              DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/25 → 9/1 HKM

⑈'001041⑈' ⑈:067014822⑈: 4342385568⑈'

---

130041255325 111640    20170915 000000004342385568
DDA_DEBIT    BFRANCIS         31175
Winter Haven 0300    94004 1300 2  0033

Guadalupe Reboller

**MANIX HOLDINGS LLC**
7497 W. IRLO BRONSON
KISSIMMEE, FL 34747

1042

63-1482/670
497

DATE 9/8/17

CHECK ARMOR

PAY TO THE ORDER OF ___Israel Zacarias___ $ 131.75

One hundred Thirty one + 75/xx _____ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/25_9/1 HK

⑆00 1042⑆ ⑈0670 1482 2⑈ 4342385568⑆

130041255323 111348    20170915 000000004342385568
DDA_DEBIT   C BFRANCIS         13175
Winter Haven 0300        94004 1300 2  0032

Israel Zacarias

**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1043

63-1482/870
497

DATE 9/8/17

PAY TO THE
ORDER OF __Michelle Gonzalez__ $ 245

__Two hundred forty five only__ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR __8/25 — 9/1 HK__

⑈0010043⑈ ⑆067014822⑈ 4342385568⑈

---

**Security Features exceed industry standards and include:**

- MobileMark℠. Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

**Do not cash if:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

MANIX HOLDINGS LLC
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1044

63-1482/670
497

DATE 9/8/17

PAY TO THE ORDER OF Alfredo Baque     $ 236

Two hundred Thirty six Only     DOLLARS

**TD** **Bank**
America's Most Convenient Bank®

FOR 8/25 - 9/1 Eng

⑆001044⑆ ⑆067014822⑆ 4342385568⑆

ENDORSE HERE
X
PAY TO THE ORDER OF WITHIN NAMED PAYEE
ALFREDO BAQUE
500041005
SIDNEY GATE

**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1045

53-1482/670
497

DATE 9/8/17

PAY TO THE ORDER OF ___Kathleen Lucas___ $ 434.33

Four hundred Thirty four 4 33/ _____ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR _8/26 - 9/1 FD_

⑈0010045⑈ ⑆06701482 21⑆ 4342385568⑈

Security Features exceed industry standards and include:
- MobileMark℠ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock Icon visible on front and back

Do not cash it:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

☐ CHECK HERE IF MOBILE DEPOSIT

ENDORSE HERE
Kathleen Lucas

**MANIX HOLDINGS LLC**
2497 W FIFTH BRONSON
KISSIMMEE, FL 34747

1046

13 10 2578
437

DATE _9/8/17_

PAY TO THE
ORDER OF _Kaitlyn Carrick_ $ 301.58

_Three hundred one 58/100_ DOLLARS 🔒

**TD Bank**
America's Most Convenient Bank®

FOR _8/26 → 9/1 FD_

⑈⑈001046⑈⑈ ⑉067014822⑉ 4342385568⑈

---

**Security Features exceed industry standards and include:**

- MobileMark℠ Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave pattern on the back designed to deter check fraud
- Microprint [MP] lines printed on front and back
- The words ORIGINAL DOCUMENT across the back
- Padlock icon visible on front and back

**Do not cash it:**

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

For Deposit Only JPMC

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ORIGINAL DOCUMENT (watermark, repeated)

**MANIX HOLDINGS LLC**
7491 W. IRLO BRONSON
KISSIMMEE, FL 34747

1047

63 1442 570
497

DATE 9/8/17

PAY TO THE
ORDER OF Fabiana Ramirez                    $ 300.45

Three hundred + 45              DOLLARS 🔒

**TD Bank**
America's Most Convenient Bank®

FOR 8/25 → 9/1 FD

⑈001047⑈ ⑆067014822⑆ 434238556⑈





**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1048

63-1482/670
497

DATE 9/8/17

PAY TO THE ORDER OF __Andres Dugonte__    $ 224.58

Two hundred twenty four & 58/100    DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR 8/25/ → 9/1 HK

⑈001048⑈ ⑆067014822⑆ 4342385568⑈

Security Features exceed industry standards and include:
- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave™ pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

For Deposit Only
Delaney Gas Station LLC
HK

ENDORSE HERE
CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE



**MANIX HOLDINGS LLC**
KISSIMMEE, FL 34747

1049

63-1482/670
497

DATE 9/10/17

PAY TO THE ORDER OF __Duke Energy__                                    $ 20,533.84

__Twenty Thousand five hundred Thirty Three 4 84/XX__ DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR __Act # 29134 – 56427__

⑇⑇001049⑇⑇ ⑇:067014822⑇: 434238556⑇⑇

---

Security Features exceed industry standards and include:

- MobileMark℠: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave® pattern on the back designed to deter check fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Padlock icon visible on front and back

Do not cash it:

- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

ENDORSE HERE
X
For Deposit Only
442700484
Duke Energy

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

516021102 400 89008S



7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

Date 9/16/17

Pay to the
Order of ___ Kaitlyn Carrick ___ | $ 99

Ninty Nine only ___ Dollars

TD Bank
America's Most Convenient Bank

For __ 9/2 -> 9/8 FD __

⑈06701482 2⑆4342385568⑈ 1051

For Deposit Only - JPMC

7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/16/17
Date

Pay to the
Order of  Carlos Quijada                              $ 347.08

Three hundred forty Seven 4 ⁰⁸/XX   Dollars

TD Bank
America's Most Convenient Bank

For  9/2 → 9/8  HK

⑆067014822⑈434238556⑈ 1052



7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/16/17
Date

Pay to the
Order of  Kathleen Lucas                          $ 304.17

Three hundred four & 17/XX                          Dollars

TD Bank
America's Most Convenient Bank

For  9/2 - 9/8  FD                          No

⑈067014822⑈4342385568⑈1053

Kathlee Lucas

7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

9/16/17
Date

Pay to the
Order of _Gabe Rivera_ $ 64—

_Sixty four Only_ Dollars 🔒

**TD Bank**
America's Most Convenient Bank®

For _9/2 → 9/8 Eng._

⑆067014822⑈434238556⑈ 1055

---

For Deposit Only - JPMC



7481 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

_____ 9/16/17 _____
Date

Pay to the
Order of _____ Alfredo Baguer _____ | $ 110 —

_____ One hundred ten only _____ Dollars 🔒 Security Features Details on Back.

TD Bank
America's Most Convenient Bank

For _____ 9/2 → 9/3 Eng. _____

⑈067014822⑈:434238556⑈8ıı⑈1056

Alfredo Baguer

7481 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

Date _9/(6)/17_

Pay to the
Order of _Michelle Gonzalez_          $ 263,50

_Two hundred sixty three & 50/XX_ ————— Dollars

**TD Bank**
America's Most Convenient Bank

For _9/2 → 9/8   HK_

⑆067014822⑈434238556811° 1057

For Deposit Only
Delgnt ... LLC

Michelle Gonza

7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/18/17
Date

Pay to the
Order of _____ Maria Paula Velez _____ $ 91.01

Ninty One & 01/xx/1 _____ Dollars

🔒 Security Features Details on Back.

**TD Bank**
America's Most Convenient Bank

For 9/2 → 9/8 HK

⑈067014822⑈434238556⑈‖1058

For Deposit Only
Delaney Gas Station LLC
...
... Bank
...285176.1



...ings, LLC.
7481 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

Date 9/16/17

Pay to the Order of _Michael Carrick_   $ 379.83

_Three hundred seventy nine 83/100_   Dollars

Security Features. Details on Back.

TD Bank
America's Most Convenient Bank

For _9/2 → 9/8 FD_

⑈:067014822⑈:434238556811⑈1059

For Deposit to Republic Bank of C...
ABA 071001180
to account of First Century Bank,
957200390?

9572003901

V27 56697-12931515



7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

Date 9/16/17

Pay to the Order of **Israel Zacarias**        $ 180.63

One hundred Eighty 4 63/xx        Dollars

TD Bank
America's Most Convenient Bank

For 9/2 → 9/8 HK

⑆0670148221⑈4342385568⑉ 1060

ISN# 3418686097
Date 9/18/2017

7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

Date 9/16/17

Pay to the Order of __Fabiana Ramirez__ | $ 327.15

__Three hundred Twenty Seven & 15/xx__ Dollars

T.D Bank
America's Most Convenient Bank

For __9/2 → 9/8 FD__

7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/6/17
Date

Pay to the Order of ___Irma Zacarias___ $ 401.77

Four hundred One 4 77/100 ~~~~~~ **Dollars**

🔒 Security Features Details on Back.

**TD Bank**
America's Most Convenient Bank

For___9/2 → 9/8 HK___

MP

⑉067014822⑉434238556811062

AMSCOT CORP.
BRANCH #175
FOR DEPOSIT ONLY
ACCT. #4945570471

7481 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

Date

Pay to the
Order of _Guadalupe Rebollor_ | $ _585—_

_Five hundred Eighty Five only_ Dollars

**TD Bank**
America's Most Convenient Bank

For _9/2 → 9/8 HKM_

⑈067014822⑈434238556⑈⑈1063

---

130041257508 103712    20170921 00000004342385568
    DDA_DEBIT       BFRANCIS           58500
    Winter Haven 0300       94004 1300 2  0044

Guada Rebollor



7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

Date

Pay to the
Order of _Kim Carrick_                                    $ 850—

_Eight hundred fifty o~l_ **Dollars**

**TD Bank**
America's Most Convenient Bank

For _9/2 —) 9/3_

⑈067014822⑈:434238556⑈⑈1064

349739138877 133250    20170918 0000000004?2785568
   DDA_DEBIT      KMCINTO          85000
Kissimmee 0497         94004 3497 2  0090
349739138710 133440 MULTI-TRAN



7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

83-1482/670

Date _9/16/17_

Pay to the
Order of _Andres Dugarte_    | $ 293.25

_Two hundred Ninety Three 25/xx_ Dollars

**TD Bank**
America's Most Convenient Bank

For _9/2 - 9/8 HK_

⑈067014822⑈434238556811⑈1066

PAY TO THE ORDER OF WITHIN NAMED P
107 ☐☐850504210705
10705 DELANEY GAS STATION LLC

63-1482/670

Pay to the
Order of Michael Carrick

9/23/17
Date

$ 215—

Two hundred & fifteen only

Dollars

**TD Bank**
America's Most Convenient Bank

For 9/9/17 → 9/15

⑈067014822⑈43423855688⑈1067

For Deposit to Republic Bank of C...
ABA 071001180
to account of First Century Bank

957200390

9572003901



7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

9/30/17

Date

Pay to the Order of _Andrew Green_      $ 53.38

_Fifty Three & 38/xx_      Dollars

**TD Bank**
America's Most Convenient Bank

For _9/9 → 9/15_

⑈067014822⑈43423855568⑈1068

195422196116 120022    20170926 0000000043423855**6**8
DDA_DEBIT      GSEDA2        5338
Longwood 0954      94004 1954 2   0005



7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

9/25/17
Date

Pay to the
Order of    Israel Zacarias                    $ 195.5

One hundred Ninty five + 50/xx (          Dollars

TD Bank
America's Most Convenient Bank

For  9/9 → 9/15

⑈0670148 22⑈4342385568⑈ 1069

ISN# 3418680187
Date 9/25/2017

170925 3418680187

7491 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/23/17
Date

Pay to the
Order of  Michelle Gonzalez                    $ 315—

Three hundred & fifteen only     Dollars

**TD Bank**
America's Most Convenient Bank

For  9/9 → 9/15

⑆06701482 2⑈43423855568⑈ 1070



7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

9/23/17

Date

Pay to the
Order of  Irma Zacarias                              $ 196.88

One hundred NintySix 4 88/XX —————— Dollars

TO Bank
America's Most Convenient Bank

For  9/9 → 9/15

⑈:0670 1482 2⑈:434 2385568⑈ 107⑈

ISN# 3418680192
Date 9/25/2017

170925 3418680192

7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

9/23/17
Date

Pay to the Order of __Guadalupe Rebollor__    $ 476 —

__Fom hondred Seventy Six only__ Dollars

TD Bank
America's Most Convenient Bank

For __9/9 → 9/15__

⑆06701482 2⑆:434 23855 68⑈ 1072

126154218323 092515    20170929 00000004342385568
DDA_DEBIT    SLOIK    47600
Auburndale-FL 0260    94004 1261 5  0009

KISSIMMEE, FL 34747

9/23/17
Date

Pay to the Order of: Fabiana Ramirez    $ 293.40

Two hundred Ninty Three 4 8/x1 ————— Dollars

TD Bank
America's Most Convenient Bank

For: 9/9 → 9/15

⑈067014822⑈434238556811°1073

7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

9/23/17
Date

Pay to the
Order of  Carlos Quijada                                    $ 335.51)

Three hundred thirty five + 5½/xx ( ——— Dollars

TD Bank
America's Most Convenient Bank

For  9/9 ⇒ 9/15

⑈06701482 2⑈434238 5568⑈ 1074



7481 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

9/23/17 Date

Pay to the Order of _Annie Valera_ $ 256.73

Two hundred fifty six & $\frac{73}{XX1}$ ———— Dollars

Security Features Details on Back.

**TD Bank**
America's Most Convenient Bank

For 9/9→9/15

⑈067014822⑈434238556811 ⑈075

For Deposit Only LLC

Annie Valera

KISSIMMEE, FL 34747

9/23/17
Date

Pay to the Order of _Gabe Rivera_ $ 240

_Two hundred forty only_ Dollars

Security Features Details on Back.

TD Bank
America's Most Convenient Bank

For _9/9 → 9/15_

⑆06 70 1 4 8 2 2⑆ 4 3 4 2 3 8 5 5 6 8 ⑈ 1 0 7 6

AMSCOT CORP.
BRANCH #164
FOR DEPOSIT ONLY
ACCT. #4945570372

Manix Holdings, LLC.
7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

1077

63-1482/670

Date 9/23/17

Pay to the Order of   Kathleen Lucas   $ 430.50

Four hundred thirty & 50 —————   Dollars

TD Bank
America's Most Convenient Bank

For 9/9 → 9/15

Kathleen Lucas

7461 W. Irlo Bronson Memorial Hwy
**KISSIMMEE, FL 34747**

63-1482/670

9/23/17
Date

Pay to the
Order of _Andres Dugorte_   $ 376.83

Three hundred seventy six + 83/xx   **Dollars**

**TD Bank**
America's Most Convenient Bank

For_ 9/9 → 9/15 _

⑈0670148 22⑈434 2385568⑈ 1078

7491 W. Irlo Bronson Memorial Hwy
KISSIMMEE, FL 34747

63-1482/670

Date 9/24/17

Pay to the
Order of ___Stephanie Gibson___  $ 225—

RA

Two hundred twenty five only ___ Dollars

**TD Bank**
America's Most Convenient Bank

For ___8/22 → 8/24___

⑈:067014822⑈:434238556⑈ 1079

3282510926

for Deposit on
681-908 33



NAME
ACCT. NO. 7491 W. IBM HWY          DATE 9/8/07          739769
63-1482/670

PAY TO THE
ORDER OF   Kim Carrick                                $ 850—

Eight Hundred + Fifty—                               DOLLARS
Security features
Included.
Details on back

TD Bank
America's Most Convenient Bank®

FOR  8/26 → 9/1 MGR

⑆067014822⑆  434238556811⑈  0001

TD Bank, N.A.

*FEDERAL RESERVE REGULATION

SECURITY FEATURES
Artificial Watermark
Microprinting
Prismatic Ink
CopyBan Capture R
Thermochromic Ink
Enhanced Latic Lines

DOCUMENT APPEARANCE IF ALTERED

349739138876 133218    20170918 00000000434238556
DDA_DEBIT          KMCINTO              85000
Kissimmee 0497        94004 3497 2    0089
349739138714 133441 MULTI-TRAN

DO NOT SIGN, WRITE, STAMP BELOW THIS
FOR FINANCIAL INSTITUTION USAGE ONLY

ENDORSE HERE
x Kimberly a Carrick



NAME _____    759770

ACCT. NO. _____    DATE _____    63-1482/670

PAY TO THE ORDER OF Andrew Green    $ 78.16

Seventy Eight + 16/xx 1. ——————— DOLLARS

**TD Bank**

America's Most Convenient Bank®

Security features included. Details on back.

FOR 3/26 — 9/1 Hk

⑈067014822⑈ 434238556811ᵐ 0001

TD Bank, N.A.

Standard Register

SECURITY FEATURES
Artificial Watermark
Microprinting
Prismatic Ink
Copyright Captured®
Thermochromic Ink
Enhanced Laid Lines

*FEDERAL RESERVE BANK REGULATION

The following security features (and others not listed) exceed industry standards:

DOCUMENT APPEARANCE IF ALTERED
· is present and is viewable at an angle
· under magnification the top border on the back of the check should read: Standardized Security
· changes color from left to right on front
· "VOID" appears on front if copied
· Standard Register mark changes from Dark
· Yellow when heat is applied
· unevenly spaced and sized diagonal lines
· alteration by cut and paste more obvious

DO NOT SIGN / WRITE / STAMP BELOW THIS
FOR FINANCIAL INSTITUTION USAGE ONLY*

AMSCOT CORP.
BRANCH #112
FOR DEPOSIT ONLY
ACCT. #4945569853

Standard Regist

ENDORSE HERE

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

309/111

**0000995007**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

TD BANK NA

**August 28, 2017**

01328 4802025 001340 001340 00001/00001 k01328

Pay **SIX HUNDRED AND 00/100** -------------------------------------------------------------- **DOLLARS**

$ ******600.00

TO
THE
ORDER
OF

MID CENTURY INSURANCE GROUP
4905 W LAUREL ST STE 101
TAMPA, FL 33607-3826

01328

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO TAPE WHICH WILL NOT REPRODUCE ON A COPIER

⑊995007⑊   ⑊011103093⑊   4342385568⑊   179

20170831015392125495 05  1629

Regions Bank >062000019<

20170831015392125495 05  1629
Regions Bank >062000019<

Please Direct Any Questions To
**Online Bill Payment Processing Center**
(800) 243-2506

309/111

**0000995008**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

TD BANK NA

**August 31, 2017**

04622 4810676 004834 004634 00001/00001 k04622

Pay **TWENTY THREE AND 95/100** -------------------------------------------------------- **DOLLARS**

$ ********23.95

TO
THE
ORDER
OF

MID CENTURY INSURANCE GROUP
4905 W LAUREL ST STE 101
TAMPA, FL 33607-3826



Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈ᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ

*WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER*

⑈995008⑈    ⑆011103093⑆ 4342385568⑈    179

20170918015391824726 03  1258

178070295

Regions Bank >062000019<

20170918015391824726 03  1258
Regions Bank >062000019<

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

309/111

0000995009

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**September 01, 2017**

TD BANK NA

14569 4813823 048551 048551 00001/00013 k48539

Pay **FOUR HUNDRED FORTY FIVE AND 68/100** ---------------------------------- **DOLLARS**

$ ********445.68

TO
THE
ORDER
OF

PEOPLEREADY FLORIDA INC.
PO BOX 740435
ATLANTA, GA 30374-0435

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑈995009⑈   ⑈011103093⑈   4342385568⑈   179

222228104

Security features on this document include a Micro-Print Border, Artificial Watermark.
Absence of these features may indicate alteration.
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

20170905
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

ENDORSE HERE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

740435

20170905

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**Please Direct Any Questions To**
**Online Bill Payment Processing Center**
(800) 243-2508

309/111

**0000995010**

TD BANK NA

**September 01, 2017**

05539 4813823 018429 018429 00001/00003 k18417

Pay **ONE THOUSAND AND 00/100** --------------------------------------------------------------

**DOLLARS**

**$ *****1,000.00**

TO
THE
ORDER
OF

PREMIER ELEVATOR SERVICES
230 ANDREW DR
STOCKBRIDGE, GA 30281-6386

05539

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO TYPE WHICH WILL NOT REPRODUCE ON A COPY.

⑈995010⑈    ⑆011103093⑆ 434238556 8⑈    179

ENDORSE HERE

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
Acct# 279028883
PREMIER ELEVATOR CO
2017-09-06
0886801730
2017-09-06 12:40
18886

MANIX HOLDINGS LLC
7481 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

309/111

0000995011

**September 01, 2017**

Pay **FOUR HUNDRED NINETY FOUR AND 50/100** --------------------------------------------------------- **DOLLARS**

$ ********494.50

| TO | SOUTHWEST ENGINEERS |
| THE | PO BOX 2499 |
| ORDER | SLIDELL, LA 70459-2499 |
| OF | |

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑃995011⑃ ⑆011103093⑆ 434238555B⑃ 179

154575134

SOUTHWEST ENGINEERS
P.O. BOX 2499
SLIDELL, LA 7045
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Account:** 1100243964  $2,097.55

309/111

Online Bill Payment Processing Center
(800) 243-2508

0000995012

MANIX HOLDINGS LLC
7481 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**September 08, 2017**

TD BANK NA

01469 4829742 040109 040109 00005/00029 k40095

Pay **TWO THOUSAND NINETY SEVEN AND 55/100** ·········································· **DOLLARS**

$ | *****2,097.55

TO
THE
ORDER
OF

FPL ENERGY SERVICES
PO BOX 25426
MIAMI, FL 33102-5426

Void After  180 DAYS
*Signature On File*
This check has been authorized
by your depositor

WARNING. THIS BORDER CONTAINS MICRO TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑃995012⑃    ⑃011103093⑃ 4342385568⑃    179

09/18/2017   Machine #11    119614 46 Carlos R. Payments

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Security features on this document include a Micro-Print
Border, Artificial Watermark,
Absence of these features may indicate alteration
signature image is a certification mark of Check Payment Systems Association

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
3750001288
FPL
X

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

309/111

**0000995013**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

TD BANK NA

13214 4829798 045554 045554 00002/00007 k45542

**September 08, 2017**

Pay **THREE HUNDRED EIGHTY THREE AND 78/100** ········································· **DOLLARS**

**$ \*\*\*\*\*\*\*383.78**

TO
THE
ORDER
OF

PEOPLEREADY FLORIDA INC.
PO BOX 740435
ATLANTA, GA 30374-0435

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor.

⑆995013⑆    ⑈011103093⑈ 434238556⑈    179

22677802

20170910
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

740435

20170910

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

Security features on this document include a Micro-Print
Border, Artificial Watermark,
Absence of these features may indicate alteration.

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

01572 4834080 040788 040788 00017/00030 k40774

309/111

**0000995014**

**September 11, 2017**

Pay**SEVENTY FOUR AND 65/100** -------------------------------------------------------------

**DOLLARS**

$ ********74.65

TO
THE
ORDER
OF

FPL ENERGY SERVICES
PO BOX 25426
MIAMI, FL 33102-5426

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑈995014⑈   ⑆011103093⑆   4342385568⑈   179

---

09/18/2017   Machine #11   119619 45 Carlos R. Payments

Security features on this document include 1 Microprint and Absence of these features may indicate absence of ...

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
3750001288
X FPL

Account: PARKSIDE

309/111

**0000995015**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

06479 4834077 006491 006491 00001/00001 k06479

**September 12, 2017**

Pay **FORTY AND 18/100** -------------------------------------------------------------------------------- **DOLLARS**

$ ********40.18

TO
THE
ORDER
OF

BAGEL KING BAKERY
668 KENNEDY BLVD
ORLANDO, FL 32810-6255

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

⑈995015⑈ ⑆011103093⑆ 4342385568⑈ 179

2273366698



Please Direct Any Questions To
**Online Bill Payment Processing Center**
(800) 243-2508

309/111

**0000995016**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

TD BANK NA

**September 12, 2017**

MEMO: Invoice 97208

05776 4834077 005788 005788 00001/00001 k05776

Pay **FOUR HUNDRED TWENTY SIX AND 00/100** --------------------------------------------------------- **DOLLARS**

$ *******426.00

TO
THE
ORDER
OF

PRO AIR MECHANICAL INC
285 N US HIGHWAY 17 92
LONGWOOD, FL 32750-4424

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⌐995016⌐   ⑈011103093⑈ 4342385568⑈ 179

22733598

Seq: 39
Batch: 234991
Date: 09/19/17

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Security features on this document include a Micro-Print
Border. Absence of these features may indicate alteration.

DO NOT **The Within Named Payee**
**Endorsement Guaranteed**
**Credited To the Account Of**
Bank of America, N.A.

Seq:00039 09/19/17
BAT:234991 CC:0750109037
WT:01 LTPS:Jacksonville
BC:Range Line Road BC FL0-655

309/111

**0000995017**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

00818 4834059 002670 002670 00003/00008 002658

**September 12, 2017**

Pay **THIRTY ONE AND 73/100** ------------------------------------------------------------------ **DOLLARS**

*002220934 000822110.*

$ ********31.73

TO
THE
ORDER
OF

TOHO WATER
PO BOX 30527
TAMPA, FL 33630-3527

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑆995017⑆ ⑈011103093⑈ 4342385568⑉ 179

Opex05 201709201208000006 124

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Online Bill Payment Processing Center
(800) 243-2508

**0000995018**

**September 12, 2017**

TD BANK NA

00818 4834059 002671 002671 00004/00008 k02659

Pay SEVEN THOUSAND ONE HUNDRED THIRTY FOUR AND 42/100 ------------------------------- **DOLLARS**

$ *****7,134.42

TO
THE
ORDER
OF

TOHO WATER
PO BOX 30527
TAMPA, FL 33630-3527

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑈995018⑈    ⑈011103093⑈ 4342385568⑈    179

Opex07 201709181300000008 157

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC



Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

04234 4834121 014206 014206 00001/00002 k14194

309/111

0000995019

**September 12, 2017**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Pay **SIX HUNDRED FORTY FIVE AND 00/100** ----------------------------------------------- **DOLLARS**

$ *******645.00

TO
THE
ORDER
OF

NEOGUARD PEST SOLUTION SERVICES
5950 LAKEHURST DR STE 202
ORLANDO, FL 32819-8364

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

⑈"995019"⑈   ⑆011103093⑆   4342385568"⑈   179

Seq: 5
Dep: 001403
Date: 09/18/17

22988315

Deposited By: SR

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

NEOGUARD PEST SOLUTION SERVICES IN
Deposit Only to

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**Please Direct Any Questions To**
Online Bill Payment Processing Center
(800) 243-2508

TO BANK NA

01798 4842415 005731 005731 00001/00002 k05719

309/111

**0000995020**

**September 15, 2017**

Pay **SIX HUNDRED FIFTY SIX AND 77/100** ----------------------------------------------------------- **DOLLARS**

$ **\*\*\*\*\*\*\*656.77**

TO
THE
ORDER
OF

CONTAINER RENTAL COMPANY, INC.
PO BOX 547874
ORLANDO, FL 32854-7874

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑆995020⑈    ⑆011103093⑆ 4342385568⑈    179

---

229365220

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

X

PAY TO THE ORDER OF
SUNTRUST BANK
FOR DEPOSIT ONLY
CONTAINER RENTAL COMPANY
0505320591397

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



309/111

**0000995021**

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

**September 15, 2017**

TD BANK NA

06554 4842404 006566 006566 00001/00001 k06554

Pay FIVE HUNDRED AND 00/100 ----------------------------------------------------------------- **DOLLARS**

$ *******500.00

TO
THE
ORDER
OF

S L. LAND MANAGEMENT, INC
6976 HYLAND OAKS DR
ORLANDO, FL 32818-8303

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈995021⑈    ⑆011103093⑆  4342385568⑈    179

23029486

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

| Account: 1909 | PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | $1,300.00 |
|---|---|---|

Please Direct Any Questions To 309/111

0000995022

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

Online Bill Payment Processing Center
(800) 243-2508

TD BANK NA

**September 15, 2017**

Pay <u>ONE THOUSAND THREE HUNDRED AND 00/100</u> ·············································· **DOLLARS**

$ |*****1,300.00|

TO
THE
ORDER
OF

HDM POOLS
709 DEL RAY DR
KISSIMMEE, FL 34758-3208

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

⑈995022⑈ ⑈011103093⑈ 43423855568⑈ 179

For Deposit Only - JPMC

157424132

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG CC



Account: BUS183113

$4,511.81

Please Direct Any Questions To
309/111

**0000995023**

Online Bill Payment Processing Center
(800) 243-2508

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**September 15, 2017**

TD BANK NA

01110 4842426 029856 029856 00002/00019 k29842

Pay **FOUR THOUSAND FIVE HUNDRED ELEVEN AND 81/100** --------------------------- **DOLLARS**

$ *****4,511.81

| TO THE ORDER OF | SUMMIT BROADBAND<br>4558 35TH ST STE 100<br>ORLANDO, FL 32811-6541 |
|---|---|

Void After 180 DAYS.

*Signature On File*

This check has been authorized
by your depositor

WARNING, THIS BORDER CONTAINS MICRO TYPE WHICH WILL NOT REPRODUCE ON A COPIER

⑈995023⑈    ⑈011103093⑈ 4342385568⑈    179

231903391

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

Security features on this document include a Micro-Print Border · Artificial Watermark · Absence of these features may indicate alteration

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
PAY TO THE ORDER OF WITHIN NAMED PAYEE
20000879231
Marco Island Cable-Operating

X

Please Direct Any Questions To
Online Bill Payment Processing Center
(800) 243-2508

309/111

0000995024

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

**September 21, 2017**

TD BANK NA

13662 4853088 048785 048785 00002/00010 k48773

Pay **TWO HUNDRED NINETY SEVEN AND 12/100** .................................................... **DOLLARS**

**$ ••••••••297.12**

TO
THE
ORDER
OF

PEOPLEREADY FLORIDA INC
PO BOX 740435
ATLANTA, GA 30374-0435

Void After  180 DAYS
*Signature On File*
This check has been authorized
by your depositor

⑈"995024⑈" ⑆⑉011103093⑈⑉ 4342385568⑈" 179

231129218

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Security features on this document include a Micro-Print
Signature line, Artificial Watermark,
Absence of these features may indicate alteration.

20170923
>031000053<
PNC Bank
DEP. TO CR. PAYEE
ABS. OF END. GTD.
>031000053<

ENDORSE HERE
X
740435
20170923
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Please Direct Any Questions To**
Online Bill Payment Processing Center
(800) 243-2508

309/111

0000995025

MANIX HOLDINGS LLC
7491 WEST IRLO BRONSON
KISSIMMEE, FL 34747

TD BANK NA

**September 22, 2017**

Pay **ONE THOUSAND THREE HUNDRED TWENTY SEVEN AND 45/100** ----------------------------------- **DOLLARS**

$ *****1,327.45

TO
THE
ORDER
OF

SKYTOUCH TECHNOLOGY
4225 E WINDROSE DR
PHOENIX, AZ 85032-7572

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

ST1512

⑈995025⑈ ⑆011103093⑆ 4342385568⑈ 179

1608

Seq: 13
Dep: 003612
Date: 09/26/17



2:55 PM

10/25/17

# MAGNUSON HOTEL
# Reconciliation Detail
### TD Bank DIP #017 xxx5568, Period Ending 09/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 15,105.04 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 88 items** | | | | | | |
| Check | 08/26/2017 | 1011 | Maria Paula Velez | X | -178.50 | -178.50 |
| Check | 08/31/2017 | 1021 | Star Linen | X | -218.40 | -396.90 |
| Check | 09/01/2017 | 995007 | MID CENTURY INS... | X | -600.00 | -996.90 |
| Check | 09/03/2017 | 1033 | Kim Carrick | X | -850.00 | -1,846.90 |
| Check | 09/03/2017 | 1030 | Guadalope Rebollar | X | -537.50 | -2,384.40 |
| Check | 09/03/2017 | 1025 | Kathleen Lucas | X | -370.70 | -2,755.10 |
| Check | 09/03/2017 | 1029 | Kaitlyn Carrick | X | -318.08 | -3,073.18 |
| Check | 09/03/2017 | 1026 | Michael Carrick | X | -273.33 | -3,346.51 |
| Check | 09/03/2017 | 1023 | Carlos Quijada | X | -272.00 | -3,618.51 |
| Check | 09/03/2017 | 1034 | Irma Zacarias | X | -255.94 | -3,874.45 |
| Check | 09/03/2017 | 1024 | Michelle Gonzalez | X | -249.38 | -4,123.83 |
| Check | 09/03/2017 | 1031 | Andres A Balza Dug... | X | -165.75 | -4,289.58 |
| Check | 09/03/2017 | 1027 | israel Zocavias | X | -126.03 | -4,415.61 |
| Check | 09/03/2017 | 1028 | Maria Paula Velez | X | -114.75 | -4,530.36 |
| Check | 09/03/2017 | 1032 | GABRIEL RIVERA | X | -98.00 | -4,628.36 |
| Check | 09/03/2017 | 1022 | Fabiana Ramirez | X | -85.95 | -4,714.31 |
| Check | 09/05/2017 | 995009 | People Ready | X | -445.68 | -5,159.99 |
| General Journal | 09/06/2017 | 6 | | X | -605.98 | -5,765.97 |
| Check | 09/06/2017 | 995011 | Southwest Engineers | X | -494.50 | -6,260.47 |
| Check | 09/07/2017 | 995010 | Premier Elevator | X | -1,000.00 | -7,260.47 |
| Check | 09/07/2017 | 1035 | Star Linen | X | -376.43 | -7,636.90 |
| Check | 09/08/2017 | 1049 | DUKE ENERGY | X | -20,533.84 | -28,170.74 |
| Check | 09/08/2017 | 1036 | Star Linen | X | -526.25 | -28,696.99 |
| Check | 09/08/2017 | 1045 | Kathleen Lucas | X | -434.33 | -29,131.32 |
| Check | 09/08/2017 | 1041 | Guadalope Rebollar | X | -311.75 | -29,443.07 |
| Check | 09/08/2017 | 1046 | Kaitlyn Carrick | X | -301.58 | -29,744.65 |
| Check | 09/08/2017 | 1047 | Fabiana Ramirez | X | -300.45 | -30,045.10 |
| Check | 09/08/2017 | 1043 | Michelle Gonzalez | X | -245.00 | -30,290.10 |
| Check | 09/08/2017 | 1044 | Alfredo Baguer | X | -236.00 | -30,526.10 |
| Check | 09/08/2017 | 1048 | Andres A Balza Dug... | X | -224.58 | -30,750.68 |
| Check | 09/08/2017 | 1040 | Carlos Quijada | X | -212.50 | -30,963.18 |
| Check | 09/08/2017 | 1037 | Michael Carrick | X | -186.50 | -31,149.68 |
| Check | 09/08/2017 | 1038 | Irma Zacarias | X | -185.20 | -31,334.88 |
| Check | 09/08/2017 | 1042 | israel Zocavias | X | -131.75 | -31,466.63 |
| Check | 09/08/2017 | 1039 | Maria Paula Velez | X | -127.50 | -31,594.13 |
| Check | 09/11/2017 | 995013 | People Ready | X | -383.78 | -31,977.91 |
| General Journal | 09/12/2017 | 5 | | X | -385.86 | -32,363.77 |
| General Journal | 09/12/2017 | 5 | | X | -90.78 | -32,454.55 |
| General Journal | 09/12/2017 | 5 | | X | -45.39 | -32,499.94 |
| General Journal | 09/12/2017 | 5 | | X | -45.39 | -32,545.33 |
| Check | 09/14/2017 | 759770 | Andrew Grecin | X | -78.16 | -32,623.49 |
| Check | 09/15/2017 | EFT | IPFS | X | -434.57 | -33,058.06 |
| Check | 09/16/2017 | 1064 | Kim Carrick | X | -850.00 | -33,908.06 |
| Check | 09/16/2017 | 1063 | Guadalope Rebollar | X | -585.00 | -34,493.06 |
| Check | 09/16/2017 | 1062 | Irma Zacarias | X | -401.77 | -34,894.83 |
| Check | 09/16/2017 | 1059 | Michael Carrick | X | -379.83 | -35,274.66 |
| Check | 09/16/2017 | 1052 | Carlos Quijada | X | -347.08 | -35,621.74 |
| Check | 09/16/2017 | 1061 | Fabiana Ramirez | X | -327.15 | -35,948.89 |
| Check | 09/16/2017 | 1053 | Kathleen Lucas | X | -304.17 | -36,253.06 |
| Check | 09/16/2017 | 1066 | Andres A Balza Dug... | X | -293.25 | -36,546.31 |
| Check | 09/16/2017 | 1057 | Michelle Gonzalez | X | -263.50 | -36,809.81 |
| Check | 09/16/2017 | 1060 | israel Zocavias | X | -180.63 | -36,990.44 |
| Check | 09/16/2017 | 1056 | Alfredo Baguer | X | -110.00 | -37,100.44 |
| Check | 09/16/2017 | 1058 | Maria Paula Velez | X | -91.01 | -37,191.45 |
| Check | 09/16/2017 | 1055 | GABRIEL RIVERA | X | -64.00 | -37,255.45 |
| Check | 09/18/2017 | 995023 | SUMMITT BROADB... | X | -4,511.81 | -41,767.26 |
| Check | 09/18/2017 | 995012 | FPL Energy Services | X | -2,097.55 | -43,864.81 |
| Check | 09/18/2017 | 1 | Kim Carrick | X | -850.00 | -44,714.81 |
| Check | 09/18/2017 | 995019 | NEO GUARD EXTE... | X | -645.00 | -45,359.81 |
| Check | 09/18/2017 | 43423 | Kaitlyn Carrick | X | -99.00 | -45,458.81 |
| Check | 09/18/2017 | 995014 | FPL Energy Services | X | -74.65 | -45,533.46 |
| Check | 09/18/2017 | 995015 | Bagel King Bakery ... | X | -40.18 | -45,573.64 |
| Check | 09/19/2017 | 995018 | TOHO WATER | X | -7,134.42 | -52,708.06 |
| Check | 09/19/2017 | EFT | IPFS | X | -4,542.92 | -57,250.98 |
| Check | 09/19/2017 | 995022 | HDM Pools | X | -1,300.00 | -58,550.98 |

# MAGNUSON HOTEL
## Reconciliation Detail
### TD Bank DIP #017 xxx5568, Period Ending 09/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 09/19/2017 | 995016 | Pro-Air Mechanical | X | -426.00 | -58,976.98 |
| Check | 09/19/2017 | EFT | WORLDPAY | X | -183.74 | -59,160.72 |
| Check | 09/19/2017 | 995008 | MID CENTURY INS... | X | -23.95 | -59,184.67 |
| Check | 09/20/2017 | 995020 | Container Rental Co... | X | -656.77 | -59,841.44 |
| Check | 09/20/2017 | EFT | IPFS | X | -344.23 | -60,185.67 |
| Check | 09/21/2017 | 995017 | TOHO WATER | X | -31.73 | -60,217.40 |
| Check | 09/22/2017 | 995021 | S.L. LANDSCAPER | X | -500.00 | -60,717.40 |
| Check | 09/23/2017 | 1072 | Guadalope Rebollar | X | -476.00 | -61,193.40 |
| Check | 09/23/2017 | 1077 | Kathleen Lucas | X | -430.50 | -61,623.90 |
| Check | 09/23/2017 | 1078 | Andres A Balza Dug... | X | -376.83 | -62,000.73 |
| Check | 09/23/2017 | 1074 | Carlos Quijada | X | -335.51 | -62,336.24 |
| Check | 09/23/2017 | 1070 | Michelle Gonzalez | X | -315.00 | -62,651.24 |
| Check | 09/23/2017 | 1073 | Fabiana Ramirez | X | -293.40 | -62,944.64 |
| Check | 09/23/2017 | 1075 | Annie Valera | X | -256.73 | -63,201.37 |
| Check | 09/23/2017 | 1076 | GABRIEL RIVERA | X | -240.00 | -63,441.37 |
| Check | 09/23/2017 | 1079 | Stephanie Gibson | X | -225.00 | -63,666.37 |
| Check | 09/23/2017 | 1067 | Michael Carrick | X | -215.00 | -63,881.37 |
| Check | 09/23/2017 | 1071 | Irma Zacarias | X | -196.88 | -64,078.25 |
| Check | 09/23/2017 | 1069 | israel Zocavias | X | -195.50 | -64,273.75 |
| Check | 09/23/2017 | 1068 | Andrew Grecin | X | -53.38 | -64,327.13 |
| Bill Pmt -Check | 09/25/2017 | 995024 | People Ready | X | -297.12 | -64,624.25 |
| Check | 09/25/2017 | 995025 | COSTCO | X | -78.84 | -64,703.09 |
| Check | 09/26/2017 | 995025 | SKY-TOUCH | X | -1,327.45 | -66,030.54 |
| | Total Checks and Payments | | | | -66,030.54 | -66,030.54 |
| **Deposits and Credits - 34 items** | | | | | | |
| Check | 08/10/2017 | 102 | CHENNY BROS | X | 0.00 | 0.00 |
| Check | 08/10/2017 | 101 | CHENNY BROS | X | 0.00 | 0.00 |
| Check | 08/21/2017 | EFT | TBD | X | 0.00 | 0.00 |
| Check | 08/28/2017 | EFT | Bagel King Bakery ... | X | 0.00 | 0.00 |
| Deposit | 09/01/2017 | | | X | 1,444.23 | 1,444.23 |
| Deposit | 09/05/2017 | | | X | 1,216.60 | 2,660.83 |
| Deposit | 09/05/2017 | | | X | 1,430.87 | 4,091.70 |
| Deposit | 09/05/2017 | | | X | 2,120.14 | 6,211.84 |
| Deposit | 09/06/2017 | | | X | 866.34 | 7,078.18 |
| Deposit | 09/06/2017 | | | X | 1,830.10 | 8,908.28 |
| Deposit | 09/07/2017 | | | X | 693.91 | 9,602.19 |
| Deposit | 09/08/2017 | | | X | 1,752.49 | 11,354.68 |
| Deposit | 09/11/2017 | | | X | 5,942.14 | 17,296.82 |
| Deposit | 09/11/2017 | | | X | 8,040.68 | 25,337.50 |
| Deposit | 09/11/2017 | | | X | 11,922.77 | 37,260.27 |
| General Journal | 09/14/2017 | 4 | | X | 244.23 | 37,504.50 |
| Deposit | 09/14/2017 | | | X | 627.53 | 38,132.03 |
| Deposit | 09/15/2017 | | | X | 2,272.89 | 40,404.92 |
| Deposit | 09/18/2017 | | | X | 1,876.76 | 42,281.68 |
| Deposit | 09/18/2017 | | | X | 2,079.17 | 44,360.85 |
| Deposit | 09/18/2017 | | | X | 2,230.81 | 46,591.66 |
| Deposit | 09/19/2017 | | | X | 1,314.52 | 47,906.18 |
| Deposit | 09/20/2017 | | | X | 531.12 | 48,437.30 |
| Deposit | 09/21/2017 | | | X | 26.25 | 48,463.55 |
| Deposit | 09/21/2017 | | | X | 675.84 | 49,139.39 |
| Deposit | 09/22/2017 | | | X | 1,733.05 | 50,872.44 |
| Deposit | 09/25/2017 | | | X | 389.88 | 51,262.32 |
| Deposit | 09/25/2017 | | | X | 2,383.33 | 53,645.65 |
| Deposit | 09/25/2017 | | | X | 2,998.46 | 56,644.11 |
| Deposit | 09/26/2017 | | | X | 1,356.99 | 58,001.10 |
| Deposit | 09/27/2017 | | | X | 265.00 | 58,266.10 |
| Deposit | 09/28/2017 | | | X | 175.97 | 58,442.07 |
| Deposit | 09/29/2017 | | | X | 2,105.09 | 60,547.16 |
| Deposit | 09/29/2017 | | | X | 4,551.00 | 65,098.16 |
| | Total Deposits and Credits | | | | 65,098.16 | 65,098.16 |
| | Total Cleared Transactions | | | | -932.38 | -932.38 |
| Cleared Balance | | | | | -932.38 | 14,172.66 |

**Uncleared Transactions**

2:55 PM

10/25/17

# MAGNUSON HOTEL
## Reconciliation Detail
### TD Bank DIP #017 xxx5568, Period Ending 09/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Checks and Payments - 13 items** | | | | | | |
| Bill Pmt -Check | 09/28/2017 | 1080 | Q Accounting Servic... | | -621.00 | -621.00 |
| Check | 09/30/2017 | 1091 | Kim Carrick | | -850.00 | -1,471.00 |
| Check | 09/30/2017 | 1088 | Guadalope Rebollar | | -438.33 | -1,909.33 |
| Check | 09/30/2017 | 1081 | GABRIEL RIVERA | | -396.00 | -2,305.33 |
| Check | 09/30/2017 | 1090 | Fabiana Ramirez | | -333.60 | -2,638.93 |
| Check | 09/30/2017 | 1087 | Michael Carrick | | -315.00 | -2,953.93 |
| Check | 09/30/2017 | 1082 | Annie Valera | | -295.38 | -3,249.31 |
| Bill Pmt -Check | 09/30/2017 | 1085 | Carlos Quijada | | -265.62 | -3,514.93 |
| Check | 09/30/2017 | 1083 | Irma Zacarias | | -259.15 | -3,774.08 |
| Check | 09/30/2017 | 1089 | Andres A Balza Dug... | | -252.17 | -4,026.25 |
| Check | 09/30/2017 | 1050 | CHENNY BROS | | -238.80 | -4,265.05 |
| Check | 09/30/2017 | 1084 | Michelle Gonzalez | | -210.00 | -4,475.05 |
| Check | 09/30/2017 | 1086 | Andrew Grecin | | -49.63 | -4,524.68 |
| Total Checks and Payments | | | | | -4,524.68 | -4,524.68 |
| Total Uncleared Transactions | | | | | -4,524.68 | -4,524.68 |
| Register Balance as of 09/30/2017 | | | | | -5,457.06 | 9,647.98 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 10/01/2017 | 100117 | FPL Energy Services | | -864.70 | -864.70 |
| Bill Pmt -Check | 10/01/2017 | Tbd | People Ready | | -198.08 | -1,062.78 |
| Bill Pmt -Check | 10/02/2017 | 995032 | Booking.com | | -2,129.43 | -3,192.21 |
| Check | 10/02/2017 | 1092 | Kim Carrick | | -850.00 | -4,042.21 |
| Bill Pmt -Check | 10/02/2017 | 995026 | People Ready | | -303.31 | -4,345.52 |
| Bill Pmt -Check | 10/03/2017 | EFT | TECO GAS SERVIC... | | -80.93 | -4,426.45 |
| Bill Pmt -Check | 10/04/2017 | EFT | TECO GAS SERVIC... | | -633.08 | -5,059.53 |
| Total Checks and Payments | | | | | -5,059.53 | -5,059.53 |
| Total New Transactions | | | | | -5,059.53 | -5,059.53 |
| **Ending Balance** | | | | | **-10,516.59** | **4,588.45** |

# MAGNUSON HOTEL
# Reconciliation Detail
### 4633 BOA JB HOTEL, Period Ending 09/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 676.49 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| General Journal | 09/30/2017 | 7 | | X | -1,000.00 | -1,000.00 |
| General Journal | 09/30/2017 | 7 | | X | -150.00 | -1,150.00 |
| General Journal | 09/30/2017 | 7 | | X | -100.00 | -1,250.00 |
| General Journal | 09/30/2017 | 7 | | X | -89.57 | -1,339.57 |
| General Journal | 09/30/2017 | 7 | | X | -29.95 | -1,369.52 |
| Total Checks and Payments | | | | | -1,369.52 | -1,369.52 |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 09/30/2017 | 7 | | X | 76.64 | 76.64 |
| Total Deposits and Credits | | | | | 76.64 | 76.64 |
| Total Cleared Transactions | | | | | -1,292.88 | -1,292.88 |
| Cleared Balance | | | | | -1,292.88 | -616.39 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 07/01/2017 | 1213 | Efraim Cartagena | | -171.12 | -171.12 |
| Total Checks and Payments | | | | | -171.12 | -171.12 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 06/30/2017 | | | | | 0.00 |
| Check | 07/01/2017 | | | | | 0.00 |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| Total Uncleared Transactions | | | | | -171.12 | -171.12 |
| Register Balance as of 09/30/2017 | | | | | -1,464.00 | -787.51 |
| **Ending Balance** | | | | | **-1,464.00** | **-787.51** |

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

OP ID: MD

DATE (MM/DD/YYYY)
**07/13/2017**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER  813-336-6800 | CONTACT NAME: **Myrna Donovan** | | |
|---|---|---|---|
| Mid-Century Insurance Group<br>4905 W Laurel St., ste 101<br>Tampa, FL 33607<br>Deepak Jakhotia | PHONE (A/C, No, Ext): **813-336-6800** | | FAX (A/C, No): **813-336-6801** |
| | E-MAIL ADDRESS: **myrna@mciins.com** | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : **Arch Specialty Insurance Co** | | |
| INSURED   Brouse Hotel Group, LLC<br>Manix Holdings, LLC<br>dba Masoud J.B. Hotel Group<br>7491 W Irlo Bronson Hwy<br>Kissimmee, FL 34747 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES                CERTIFICATE NUMBER:                        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **X** COMMERCIAL GENERAL LIABILITY | | | AGL0045309-00 | 02/16/2017 | 02/16/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  **X** OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | **X** POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | AGL0045309-00 | 02/16/2017 | 02/16/2018 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | **X** HIRED AUTOS ONLY  **X** NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY       Y / N | | | | | | PER STATUTE  OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N / A (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **For Informational Purposes** | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Deepak Jakhotia* |

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD



**OP ID: MD**

# EVIDENCE OF PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 07/13/2017 |

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): 813-336-6800 | COMPANY |
|---|---|---|
| Mid-Century Insurance Group<br>4905 W Laurel St., ste 101<br>Tampa, FL 33607<br>Deepak Jakhotia | | Indian Harbor Insurance Co. |

| FAX (A/C, No): 813-336-6801 | E-MAIL ADDRESS: dj@mciins.com | |
|---|---|---|
| CODE: | SUB CODE: | |
| AGENCY CUSTOMER ID #: **BROUSEG** | | |

| INSURED | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| | | | **VENGV00127170** |
| Brouse Hotel Group, LLC<br>Manix Holdings, LLC<br>7491 W Irlo Bronson Hwy<br>Kissimmee, FL 34747 | EFFECTIVE DATE<br>**02/16/17** | EXPIRATION DATE<br>**02/16/18** | CONTINUED UNTIL<br>TERMINATED IF CHECKED |
| | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
**7491 W Irlo Bronson Hwy**
**Kissimmee, FL 34747**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Special Form/Replacement Cost/Agreed Value | | |
| BUILDING | 16,617,856 | $5,000* |
| BUS PER PROP | $1,326,000 | $5,000* |
| BUS INC W/EE | $1,500,000 | 72 Hours |
| * 2% Wind & Hail Ded. Applies | | |

## REMARKS (Including Special Conditions)

Complete NAMED INSURED'S on this policy:
Brouse Hotel Group, LLC
Manix Holdings, LLC

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| NAME AND ADDRESS | MORTGAGEE | | ADDITIONAL INSURED |
|---|---|---|---|
| | LOSS PAYEE | X | |
| For Informational Purposes | LOAN # | | |
| | AUTHORIZED REPRESENTATIVE | | |

ACORD 27 (2009/12)                                                   © 1993-2009 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD