UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MANIX HOLDINGS, LLC,                    Case No.: 6:17-bk-04209
    Debtor.                                                 Chapter 11
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 29, 2017 at 10:15 A.M. in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 Washington Street, Orlando, FL, 32801, before the Honorable Karen A. Jennemann, the undersigned will bring on to be heard the following matter: Motion to Requesting Entry of Order (I) Authorizing the Sale of Real and Personal Property of the Debtor Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363; and (II) Granting Related Relief (Doc. No. 63)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all interested parties via the CM/ECF system and/or the United States Mail for on any non-CM/ECF users on this 11th day of November 2017.

                                                                            */s/ Roddy B. Lanigan*
                                                                            Roddy B. Lanigan, Esq.
                                                                            Fla. Bar No. 41331
                                                                             Lanigan & Lanigan, PL
                                                                             831 W. Morse Blvd.
                                                                             Winter Park, FL 32789
                                                                             407.740.7369; fax 407.740.6812
                                                                             roddy.lanigan@laniganpl.com