Fill in this information to identify the case:

Debtor name    **Manix Holdings, LLC**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)    **6:17-bk-04209**

 Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
■    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
■    Amended Schedule    **D, E, and F**
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
■    Other document that requires a declaration    **Form 207: State of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2017**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Jill Masoud**
                                            Printed name

                                            **For Brouse Hotel Group, LLC as Managing Member of Debtor**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Manix Holdings, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:17-bk-04209**

☑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $   **13,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $   **144,568.33**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $   **13,644,568.33**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **5,440,740.85**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... +$   **1,870,788.80**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b   $   **7,311,529.65**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Manix Holdings, LLC**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)   **6:17-bk-04209**

☑ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Aquasol Commercial Chemicals** | | $3,226.61 | $3,226.61 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Judgment**

**1707 Townhurst Drive
Houston, TX 77043**

Creditor's mailing address

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/19/16**
**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 | **Banco Inbursa, S.A.** | | $4,899,396.94 | $13,500,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Hotel - Real Property at 7491 W. Irlo Bronson Kissimmee, FL 34747;
Hotel - FFE at at 7491 W. Irlo Bronson Kissimmee, FL 34747**

**C/O Jordi Guso, Esq
Berger Singerman
1400 Brickell Ave, Ste. 1900
Miami, FL 33131-3453**

Creditor's mailing address

**Describe the lien**
**Note and Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Manix Holdings, LLC**          Case number (if know)    **6:17-bk-04209**
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bruce Vickers** | Describe debtor's property that is subject to a lien | **$45,249.33** | **$45,249.33** |
|---|---|---|---|---|

Creditor's Name
**Osceola County Tax
Collector
2501 E. Irlo Bronson Hwy.
Kissimmee, FL 34744**

**Tourist Tax Warrants**

Creditor's mailing address

**Describe the lien**
**Tourist Tax Warrants**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/15, 11/15**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7395**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Caribbean Fire &
Associates** | Describe debtor's property that is subject to a lien | **$70,471.89** | **$70,471.89** |
|---|---|---|---|---|

Creditor's Name
**1700 NW 65th Avenue
Suite 713
Fort Lauderdale, FL 33313**

**Mechanics Lien**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**Unknown**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Florida Dept. of Revenue** | Describe debtor's property that is subject to a lien | **$31,825.53** | **$31,825.53** |
|---|---|---|---|---|

Creditor's Name
**400 W Robisnon St
Suite 302
Orlando, FL 32801**

**Sales Tax Warrants**

Creditor's mailing address

**Describe the lien**
**Sales Tax Warrant**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Manix Holdings, LLC**                                    Case number (if know)    **6:17-bk-04209**
_____
Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Unknown** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Unknown** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **Frank Gay Services** | **Describe debtor's property that is subject to a lien** | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Mechanic's Lien** | | |

**6206 Forest City Road**
**Orlando, FL 32810**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**    ■ No
**2/7/17**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**Unknown**
**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:** Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
    ■ Disputed

---

| 2.7 | **PBC Hotel Construction Group** | **Describe debtor's property that is subject to a lien** | $309,090.97 | $309,090.97 |
|---|---|---|---|---|
| | Creditor's Name | **Mechanic's Lien** | | |

**333 Se 2nd Avenue**
**Delray Beach, FL 33483**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**    ■ No
**3/1/17**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**Unknown**
**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:** Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
    ■ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 6

Debtor   **Manix Holdings, LLC**                                     Case number (if known)   **6:17-bk-04209**
Name

---

| 2.8 | **Southern Coatings, Inc.** | Describe debtor's property that is subject to a lien | $20,516.00 | $20,516.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Mechanic's Lien**

**2241 NW 22nd Street # 104**
**Pompano Beach, FL 33069**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known          ☐ Yes
**Is anyone else liable on this claim?**

■ No
**Date debt was incurred**
**Unknown**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**Unknown**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.9 | **Sunbelt Rentals, Inc.** | Describe debtor's property that is subject to a lien | $25,721.58 | $25,721.58 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Mechanic's Lien**

**2015 Directors Row**
**Orlando, FL 32809**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known          ☐ Yes
**Is anyone else liable on this claim?**

■ No
**Date debt was incurred**
**Unknown**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**Unknown**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.10 | **Sysco Guest Supply, LLC** | Describe debtor's property that is subject to a lien | $4,000.00 | $4,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Judgment**

**1390 Enclave Parkway**
**Houston, TX 77077**
Creditor's mailing address

Describe the lien
**Judgment**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known          ☐ Yes
**Is anyone else liable on this claim?**

■ No
**Date debt was incurred**
**11/18/16**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Manix Holdings, LLC**                                   Case number (if know)   **6:17-bk-04209**
         Name

**Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 1**

| **US Air & Heat, Inc.** | Describe debtor's property that is subject to a lien | $26,242.00 | $26,242.00 |
|---|---|---|---|

Creditor's Name

**10305 102nd Terrace**
**Suite 107**
**Sebastian, FL 32958**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
**Unknown**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$5,440,740.85**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Caribbean Fire & Associates**<br>**1700 NW 65th Avenue**<br>**Suite 713**<br>**Fort Lauderdale, FL 33313** | Line  **2.7** | |
| **Rosenfeld Stein Batta, PA**<br>**21490 West Dixie Highway**<br>**Aventura, FL 33180** | Line  **2.10** | |
| **Southern Coatings, Inc.**<br>**2241 NW 22nd Street # 104**<br>**Pompano Beach, FL 33069** | Line  **2.7** | |
| **Sunbelt Rentals, Inc.**<br>**2015 Directors Row**<br>**Orlando, FL 32809** | Line  **2.7** | |

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 5 of 6

Debtor   **Manix Holdings, LLC**                                    Case number (if know)   **6:17-bk-04209**
         Name

**US Air & Heat, Inc.**                                             Line **2.7**
**10305 102nd Terrace**
**Suite 107**
**Sebastian, FL 32958**

**Fill in this information to identify the case:**

Debtor name __**Manix Holdings, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**6:17-bk-04209**__

☑ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**500 Brickell Unit 1702, LLC**
**2222 Alhambra Circle**
**Miami, FL 33134**

Date(s) debt was incurred __Unknown__
Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Membership Interest in Debtor__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.2** Nonpriority creditor's name and mailing address
**American Hallmark Insur. Co.**
**C/O Grey Squires-Binford Esq**
**P.O. Box 1913**
**Orlando, FL 32808**

Date(s) debt was incurred __Unknwon__
Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Insurance Deductables__

Is the claim subject to offset? ■ No  ☐ Yes

$15,000.00

---

**3.3** Nonpriority creditor's name and mailing address
**Blue Star Invest & Hold Grp**
**901 Ponce De Leon Blvd.**
**Suite 603**
**Miami, FL 33134**

Date(s) debt was incurred __Unknown__
Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Membership Interest in Debtor__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.4** Nonpriority creditor's name and mailing address
**Broad & Cassel, P.A.**
**390 North Orange Avenue**
**# 1400**
**Orlando, FL 32801**

Date(s) debt was incurred __Unknown__
Last 4 digits of account number __1001__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Attorney's Fees and Costs__

Is the claim subject to offset? ■ No  ☐ Yes

$95,675.10

---

Debtor    **Manix Holdings, LLC**                                Case number (if known)    **6:17-bk-04209**
_____Name_____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,263.86 |

**Brouse Hotel Group, LLC**
**7491 West Irlo Bronson Hwy**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Expenses**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brouse Hotel Group, LLC**
**7491 W Irlo Bronson Hwy**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknwon**

Basis for the claim: **Membership Interest in Debtor**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Douglas Longhini**
**C/o Anthony J. Perez, Esq.**
**Garcia-Menocal & Perez, PL**
**4937 SW 74th Court, No. 3**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Lawsuit**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gagoz, LLC**
**901 Ponce De Leon Blvd**
**Suite 603**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Membership Interest In Debtor**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,351.00 |

**Joseph Masoud**
**5540 Burnham Ct.**
**North Fort Myers, FL 33903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Loan**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Manuel Riveroll Meade**
**901 Ponce De Leon Blvd**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Unknown**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,962.24 |

**Masoud JB Hotel Group**
**7491 W. Irlo Bronson Hwy 192**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Unknown**

Basis for the claim: **Loan**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Manix Holdings, LLC**                                      Case number *(if known)*    **6:17-bk-04209**
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monalta, LLC**
901 Ponce de Leon Blvd
Ste 603
Miami, FL 33134

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Membership Interest in Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MRM Invest & Hold Grp, LLC**
901 Ponce De Leon Blvd
Suite 204
Miami, FL 33134

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Membership Interest in Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$162,000.00** |
|---|---|---|---|

**Osceola Co. Code Enforcment**
1 Courthouse Square
Suite 1100
Kissimmee, FL 34741

Date(s) debt was incurred **1/4/2017**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Code Enforcement**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**Ramada World Wide, Inc.**
22 Sylvan Way
Parsippany, NJ 07054

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Hotel Fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SEV Group, LLC**
901 Ponce De Leon Blvd.
Suite 603
Coral Gables, FL 33134

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Membership Interest in Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown** |
|---|---|---|---|

**Travelodge Hotels, Inc.**
22 Sylvan Way
Parsippany, NJ 07054

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknown**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$909,536.60** |
|---|---|---|---|

**VL Kissimmee Building Corp**
100 W Cypress Creek Road
Suite 640
Fort Lauderdale, FL 33309

Date(s) debt was incurred **Unknown**

Last 4 digits of account number **Unknwon**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

Debtor  **Manix Holdings, LLC**
        Name

Case number (if known)  **6:17-bk-04209**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Alvaro Castillo B., P.A.<br>1390 Brickell Avenue<br>Suite 200<br>Miami, FL 33131 | Line **3.1**<br>☐ Not listed. Explain ____ | — |
| 4.2 C/O Anthony J. Perez<br>Garcia-Menocal & Perez, PL<br>4937 SW 74th Court, No. 3<br>Miami, FL 33155 | Line **3.7**<br>☐ Not listed. Explain ____ | — |
| 4.3 C/O Eduardo Rodriguez, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.10**<br>☐ Not listed. Explain ____ | — |
| 4.4 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.13**<br>☐ Not listed. Explain ____ | — |
| 4.5 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd.<br>Suite 300<br>Miami, FL 33134 | Line **3.1**<br>☐ Not listed. Explain ____ | — |
| 4.6 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.3**<br>☐ Not listed. Explain ____ | — |
| 4.7 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.12**<br>☐ Not listed. Explain ____ | — |
| 4.8 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.8**<br>☐ Not listed. Explain ____ | — |
| 4.9 Eduardo R. Rodrigues, Esq.<br>EFR Law Firm<br>2525 Ponce de Leon Blvd<br>Suite 300<br>Miami, FL 33134 | Line **3.16**<br>☐ Not listed. Explain ____ | — |
| 4.10 Evan B. Klinek, Esq.<br>Greenspoon Marder, P.A.<br>200 E Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, FL 33301 | Line **3.18**<br>☐ Not listed. Explain ____ | — |

| Debtor | **Manix Holdings, LLC** | Case number (if known)   **6:17-bk-04209** |
|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 LeClair Ryan/David Catuogno<br>1037 Raymond Blvd 16th Floor<br>Newark, NJ 07102 | Line **3.15**<br><br>☐ Not listed. Explain ____ | — |
| 4.12 LeClair Ryan/David Catuogno<br>1037 Raymond Blvd 16th Floor<br>Newark, NJ 07102 | Line **3.17**<br><br>☐ Not listed. Explain ____ | — |
| 4.13 Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line **3.9**<br><br>☐ Not listed. Explain ____ | — |
| 4.14 Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line **3.11**<br><br>☐ Not listed. Explain ____ | — |
| 4.15 Roman V. Hammes, Esq<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line **3.6**<br><br>☐ Not listed. Explain ____ | — |
| 4.16 Roman V. Hammes, Esq.<br>1920 North Orange Avenue<br>Suite 100<br>Orlando, FL 32804 | Line **3.5**<br><br>☐ Not listed. Explain ____ | — |
| 4.17 William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.13**<br><br>☐ Not listed. Explain ____ | — |
| 4.18 William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.3**<br><br>☐ Not listed. Explain ____ | — |
| 4.19 William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.12**<br><br>☐ Not listed. Explain ____ | — |
| 4.20 William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.8**<br><br>☐ Not listed. Explain ____ | — |
| 4.21 William H. Albornoz, Esq.<br>901 Ponce de Leon Boulevard<br>Miami, FL 33134 | Line **3.16**<br><br>☐ Not listed. Explain ____ | — |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,870,788.80 |

Debtor   **Manix Holdings, LLC**                                    Case number (if known)   **6:17-bk-04209**
         Name

**5c. Total of Parts 1 and 2**                                      5c.     $              **1,870,788.80**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Manix Holdings, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-04209**

☑ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  1/01/2017 to Filing Date | ☐ Operating a business<br>**From 2/17/17 to**<br>■ Other   **6/26/17** | **$285,107.72** |
   | **For prior year:**<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | **Unknown** |
   | **For year before that:**<br>From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Manix Holdings, LLC**                                    Case number *(if known)*  **6:17-bk-04209**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| **3.1.** | **Duke Energy**<br>P.O. Box 1004<br>Charlotte, NC 28201 | 3/2017<br>4/2017<br>5/2017<br>6/2017 | **$54,496.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities Payment Made By Masoud JB Hotel Group OBO Manix Holdings, LLC** |
| **3.2.** | **TOHO Water Authority**<br>P.O. Box 30527<br>Tampa, FL 33630 | 3/2017<br>4/2017<br>5/2017<br>6/2017<br>6/2017 | **$24,451.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities Payments Made By Masoud JB Hotel Group, LLC OBO Manix Holdings, LLC** |
| **3.3.** | **Banco Inbursa, S.A.**<br>C/O James Gassenheimer, Esq<br>Berger Singerman<br>1400 Brickell Ave, Ste. 1900<br>Miami, FL 33131-3453 | 3/23/17<br>4/19/17<br>5/22/17 | **$121,281.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments Pursuant to Court Order Made By Masoud JB Hotel Group, LLC OBO Manix Holdings, LLC** |
| **3.4.** | **Bank of America**<br>PO Box 30770<br>Tampa, FL 33630 | 3/20/17<br>4/15/17<br>4/29/17<br>5/1/17<br>6/1/17 | **$15,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of operation business expenses/supplies/repairs by Masoud JB Hotel Group OBO Manix Holdings, LLC** |
| **3.5.** | **Cheney Brothers**<br>2001 W. Silver Springs Blvd<br>Ocala, FL 34475 | 3/27/17<br>4/10/17<br>4/25/17<br>5/1/17<br>5/5/17<br>5/11/17<br>5/23/17<br>5/25/17<br>6/2/17<br>6/9/17<br>6/17/17<br>6/23/17 | **$7,440.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Housekeeping, Guest Services, Hotel Supplies paid my Masoud JB Hotel Group OBO Manix Holdings, LLC** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor   __Manix Holdings, LLC__                      Case number (if known)  __6:17-bk-04209__

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | **Mid-Century Insurance**<br>4905 W. Laurel St.<br>Ste 101<br>Tampa, FL 33607 | 3/17/17<br>4/18/17<br>5/17/17<br>6/7/17<br>6/19/17 | $13,504.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance Expenses Paid by Masoud JB Hotel Group OBO Manix Holdings, LLC** |
| 3.7. | **Lanigan & Lanigan, PL**<br>831 West Morse Boulevard<br>Winter Park, FL 32789 | 3/28/17<br>6/23/17 | $9,380.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorneys Fees for Foreclosure Paid by Masoud JB Hotel Group OBO Manix Hotel Group** |
| 3.8. | **Summit Broadband**<br>4558 35th St.<br>Orlando, FL 32811 | 3/23/17<br>5/2/17<br>5/30/17<br>6/29/17 | $6,524.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Internet/TV paid by Masoud JB Hotel Group OBO Manix Holdings, LLC** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

Debtor  **Manix Holdings, LLC**                    Case number (if known)  **6:17-bk-04209**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| FL Dept of Revenue<br>Taxpayer Service Center<br>11531 Ulmerton Rd<br>Suite 220<br>Largo, FL 33778 | Notice the Intent to Levy and Levy on Bank Account<br>Last 4 digits of account number: __5025__ | 06/15/2017 | **Unknown** |

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Banco Inbursa, S.A. v. Manix Holdings, LLC<br>2016-CA-1286-MF | Foreclosure | **Florida Circuit Court**<br>**Ninth Judicial Dist.**<br>**Osceola Co.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Florida Department of Revenue**<br>**Unknown** | Judgment Levy | **Florida Department of Revenu**<br>**UT Collections**<br>**5050 W. Tennessee St**<br>**BLDG L**<br>**Tallahassee, FL 32399-0112** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **VL Kississimme Building Corp. v. Manix Holdings, LLC**<br>2012-CA-002005 | Breach of Contract Etc. | **Osceola County Circuit Court**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **SYSCO Guest Supply v. Manix Holdings, LLC**<br>2015-SC-002351 | **Small Claims** | **Osceloa County Circuit Court**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Aquasol Commercial Chemicals Inc. v. Manix Holdings, LLC**<br>2016-SC-000473 | **Small Claims** | **Osceloa County Circuit Court**<br>**2 Courthouse Square**<br>**Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Douglas Longhini v. Manix Holgings LLC**<br>6:17-CV-1070 | Civil | **U.S District Court - Middle District FL**<br>**401 W Central Blvd**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Manix Holdings, LLC**                                                          Case number (if known) **6:17-bk-04209**

---

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

---

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuabies the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Stephanie Gibson**<br>15306 Spokane Rd<br>Spring Hill, FL 34610 | **Bookkeeper** | **Dates business existed**<br>EIN:   **Unknown**<br><br>From-To   **June 22,2017 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Stephanie Gibson**<br>**15306 Spokane Rd**<br>**Spring Hill, FL 34610** | **2017** |
| 26a.2.   **Kim Carrick**<br>**7491 West Irlo Bronson**<br>**Kissimmee, FL 34747** | **2017** |
| 26a.3.   **Brian Brouse**<br>**Whereabouts Unknown** | **Pre-2017. Exact Dates Unknown.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Masoud JB Hotel Group**<br>**7491 W. Irlo Bronson Hwy 192**<br>**Kissimmee, FL 34747** | **Only Records of TD Bank Statement May 2016-Feb 2017 for**<br>**Brouse Hotel Group Account** |
| 26c.2.   **Masoud JB Hotel Group**<br>**7491 W. Irlo Bronson Hwy 192**<br>**Kissimmee, FL 34747** | **Accounts of Records and Books from Feb 2017-Present** |
| 26c.3.   **Brouse Hotel Group, LLC**<br>**7491 West Irlo Bronson Hwy**<br>**Kissimmee, FL 34747** | **Accounts of Records and Books from Feb 2017 - Present**<br>**Only Records of TD Bank Statements of Brouse Hotel Group, LLC** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brouse Hotel Group, LLC** | **7491 West Irlo Bronson Hwy Kissimmee, FL 34747** | | **80%** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gagoz, LLC | 901 Ponce De Leon Blvd. Miami, FL 33134 | | 2.3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MRM Invest & Hold Grp, LLC | 901 Ponce De Leon Blvd. Miami, FL 33134 | | 11.2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 500 Brickell Unit 1702, LLC | 2222 Alhambra Circle Miami, FL 33134 | | 1.74% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Blue Star Invest & Hold Grp | 901 Ponce De Leon Blvd. Suite 603 Miami, FL 33134 | | 0.88% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monalta, LLC | 901 Ponce De Leon Blvd. Ste 603 Miami, FL 33134 | | 2.18% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SEV Group, LLC | 901 Ponce De Leon Blvd. Suite 603 Coral Gables, FL 33134 | | 1.74% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brouse Hotel Group, LLC | Unknown 7491 West Irlo Bronson Hwy Kissimmee, FL 34747 | Majority Shareholder and Manager | 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

Debtor   **Manix Holdings, LLC**                                                                 Case number *(if known)*  **6:17-bk-04209**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☐ Yes. Identify below.

Name of the parent corporation                                                    Employer Identification number of the parent corporation

**Part 14    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 16, 2017**

_____                  **Jill Masoud**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **For Brouse Hotel Group, LLC as Managing Member of Debtor**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☐ Yes